# United States District Court
## District of Kansas



FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2006 JUN 14  P 2: 26
RALPH L. DELOACH
CLERK
BY_____ DEPUTY
AT TOPEKA, KS.

**UNITED STATES OF AMERICA,**
        Plaintiff,

vs.                                      NO. <u>05-40126-01-RDR</u>

**DIANA VELIA GUYTON,**
        Defendant.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

From on or about the 24th day of March, 2004, to on or about the 26th day of March, 2004, in the District of Kansas, and elsewhere, the defendant,

**DIANA VELIA GUYTON,**

did possess an identification document other than ones issued lawfully for the use of the defendant, **DIANA VELIA GUYTON**, a false identification

1

document, to wit: a false ~~Unite~~ *United a* States Passport issued on April 20, 1992, in the name of Diana Velia Guyton, with the intent that such document be used to defraud the United States, in violation of Title 18, United States Code, Section 1028 (a)(4).

## COUNT 2

On or about the 26th day of March, 2004, in the District of Kansas, and elsewhere, the defendant,

**DIANA V. GUYTON**,

did willfully and knowingly use and attempt to use and furnish to another for use passport No. 26840500, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that the defendant, **DIANA V. GUYTON**, was the daughter of a United States Citizen, which said passport the defendant used and attempted to use to gain entry into the United States at Presidio, Texas, on March 26, 2004, in violation of Title 18, United States Code, Section 1542.

## COUNT 3

On or about the 2nd day of August, 2001, in the District of Kansas and elsewhere, the defendant,

**DIANA VELIA GUYTON**,

in a matter within the jurisdiction of the United States Social Security Administration, did knowingly, willfully and with the intent to deceive the Commissioner of Social Security as to her true identity, furnish and cause to be furnished false information to the Commissioner of Social Security with respect to information required to establish and maintain records under the Social Security Act, for the purpose of obtaining an unrestricted Social Security card, that is, in response to the question "PLACE OF BIRTH, defendant **DIANA VELIA GUYTON**, knowingly and with intent to deceive the Commissioner of Social Security as to defendant's true place of birth answered "Ojinaga, Mexico" on an Application For Original Social Security Number Card (SSA Form 5), when in truth and in fact as the defendant **DIANA VELIA GUYTON** then and there well knew, her true

place of birth is Camargo, Chihuahua, Mexico.

In violation of Title 42, United States Code, Section 408(a)(6).

**A TRUE BILL.**

6-14-06
DATE                                              FOREMAN OF THE GRAND JURY

_____
UNITED STATES ATTORNEY

[It is requested that trial be held in Topeka, Kansas]

The Court acknowledges receipt of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE