# Defendant's Proposed Instruction for 18 USC §1028(a)(4)

Title 18, United States Code, Section 1028(a)(4) makes it a federal crime or offense for anyone to knowingly possess a false U.S. passport with the intent that such document be used to defraud the United States.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First: That the Defendant knowingly possessed a false passport;

Second: That the Defendant possessed the false passport with the intent that such document be used to defraud the United States.

The term "passport" means an official government document issued by or under the authority of a government that certifies one's identity and citizenship and permits a citizen to travel abroad.

A "false passport" means a passport that is not issued by or under the authority of a governmental entity, but appears to be issued by or under the authority of a government.

The phrase "with intent . . . to defraud the United States means a specific intent to mislead or deceive an officer or employee of the United States in carrying out his or her official duties. It is not necessary for the Government to prove, however, that any Government employee or officer was in fact misled or deceived.