# Defendant's Proposed Instruction for 18 USC §1542

Title 18, United States Code, § 1542, makes it a federal crime or offense for anyone to knowingly use a passport which has been obtained based upon false statements made in the application therefor.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First: That Defendant knowingly used, and attempted to use U. S. Passport No. 26840500 on or about March 26, 2004 to gain entry into the United States of America at the Presidio, Texas Port of Entry..

Second: U. S. Passport No. 26840500 was obtained by Defendant after she made a material false statements in the application for said passport, to wit: that she was the daughter of a U. S. Citizen..