# Defendant's Proposed Instruction for 42 USC §408(a)(6)

Title 42 United States Code, Section 408(a)(6) makes it a federal crime or offense for anyone to furnish false information on an application for a Social Security card with the intent to deceive the Commissioner of Social Security as to her true identity.

The Defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

First: The defendant furnished information as charged;

Second: That the information was false;

Third: That the falsity related to a material matter;

Fourth: That the Defendant acted willfully and with knowledge of the falsity; and

Fifth: That the Defendant furnished the false information with the intent to deceive the Commissioner of Social Security as to her true identity.

A statement is "false" when made if it is untrue and is then known to be untrue by the person making it.