Acta Núm. 328
Nacimiento de la niña
Diana
Velia
Guyton
Chavira

# ESTADO DE CHIHUAHUA
## ACTA DE NACIMIENTO

OFICIALÍA ... EL REGISTRO CIVIL OJINAGA, CHIH.

En **Ojinaga** Municipio del **mismo nombre** a las **10:45** horas del día **29** de **Agosto** de mil novecientos **sesenta y cinco**, ante mí **Guillermo Galindo L.** Juez del Registro Civil, comparece **la Sra.**
(Nombre)

**Alicia Chavira de Guyton** de nacionalidad **Mexicana**
(Nombre)

de **18** años, de estado civil **casada**

vecino de **Sn. Fco. del Oro, Chih.** con domicilio en **11ª #1207**
(lugar)

y presenta **una niña** a quien puso por nombre
(Un niño o niña)                                                                  (nombre completo)

**Diana Velia Guyton Chavira**

, hijo **legítimo** del **Sr. Samuel Ross Guyton.**
(legítimo o natural)     (compareciente o del Sr.)

y de la Sra. **Alicia Chavira** que nació a las **13:00** horas
(Nombre)

del día **14** de **Junio**

del año **1965** en **Ojinaga, Chih.**
(lugar donde ocurrió el nacimiento)

y manifiesta que es el **1º hijo** en el matrimonio.
(1o., 2o., etc. hijo)

|  | PADRE: | MADRE: |
|---|---|---|
| Nombre | Samuel Ross Guyton | Alicia Chavira |
| Edad | 33 años | 18 años |
| Ocupación | Empleado | Su hogar |
| Nacionalidad | Norteamericana | Mexicana |
| Domicilio | 11ª #1207 | el mismo |

(Indíquese si viven)

**ABUELOS PATERNOS:**

| Nombre | Oliver O. Guyton | Goldia P. Guyton |
|---|---|---|
| Domicilio | Finado | Odessa, Tex. |

(Indíquese si viven)

**ABUELOS MATERNOS:**

| Nombre | Ramón Chavira | Roselda Chavira |
|---|---|---|
| Domicilio | Sn. Fco. del Oro, Chih. | el mismo |

(indíquese si viven)

**TESTIGOS:**

| Nombre | Alicia Ochoa | Isidro Montanos |
|---|---|---|
| Edad | 28 años | 64 años |
| Ocupación | Su hogar | Empleado |
| Domicilio | Av. Internacional | Conocido |

Leída la presente acta, fué ratificada por los intervinientes, firmando los que supieron hacerlo. Doy fé.

*Alicia Ch. Guyton*          *Alicia Ochoa*

Huella Digital del pulgar derecho del niño:
L-64
F-328

Con el recibo núm. 1238, de fecha 29 de Agosto de 1972, de la Tesorería Mpal. cubrió la multa impuesta por el registro extemporaneo. Conste.
Juez del Registro Civil