# APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION
SEE INSTRUCTIONS—TYPE OR PRINT IN INK IN WHITE AREAS

**1. NAME** FIRST NAME: DIANA   MIDDLE NAME: VELIA
LAST NAME: GUYTON

**PPT # Z6840500**

**2. MAILING ADDRESS**
STREET: CALLE 18 1408
CITY, STATE, ZIP CODE: OJINAGA, CHIH.
COUNTRY: MEXICO   IN CARE OF: SELF

☐ 5 Yr. ☒ 10 Yr. Issue Date: 4-20-92
☐ R ☐ O ☐ DP   Exp: 4-19-2002
End #: _____

**3. SEX:** ☐ Male ☒ Female
**4. PLACE OF BIRTH** (City, State or Province, Country): OJINAGA, CHIH. MEXICO
**5. DATE OF BIRTH:** Mo 09 Day 14 Year 52
**6. SEE FEDERAL TAX LAW NOTICE ON REVERSE SIDE** — SOCIAL SECURITY NUMBER: 000 00 0000

**7. HEIGHT:** 5' 1"
**8. COLOR OF HAIR:** BRUNETTE BROWN
**9. COLOR OF EYES:** BROWN
**10. HOME PHONE:** _____
**11. BUSINESS PHONE:** _____

**12. PERMANENT ADDRESS:** CA 18 1408 OJINAGA, CHIH. MEXICO
**13. OCCUPATION:** SECRETARY

**14. FATHER'S NAME:** SAMUEL ROSS GUYTON P.   BIRTHPLACE: WALNUT SPRING, TX.   BIRTH DATE: 08-30-31   U.S. CITIZEN: ☒ YES ☐ NO
**15. MOTHER'S MAIDEN NAME:** ALICIA CHAVIRA   BIRTHPLACE: SAN FRANCISCO ORO CHIH MEXICO   BIRTH DATE: 10-28-46   U.S. CITIZEN: ☐ YES ☒ NO

**16. TRAVEL PLANS** (Not Mandatory)
COUNTRIES: NA   DEPARTURE DATE: _____   LENGTH OF STAY: _____

**17. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ YES ☒ NO
IF YES, SUBMIT PASSPORT IF AVAILABLE — Submitted _____
NAME IN WHICH ISSUED / PASSPORT NUMBER / ISSUE DATE / DISPOSITION
BR CROSSER

SUBMIT TWO RECENT IDENTICAL PHOTOS

**18. HAVE YOU EVER BEEN MARRIED?** ☒ YES ☐ NO   DATE OF MOST RECENT MARRIAGE: 08-17-91
WIDOWED/DIVORCED? ☒ YES ☐ NO   IF YES GIVE DATE: 06-26-85
SPOUSE'S FULL BIRTH NAME: MIGUEL ANGEL GINER REY   SPOUSE'S BIRTHPLACE: CAMARGO, CHIH. MEXICO

**19. IN CASE OF EMERGENCY, NOTIFY** (Not Mandatory)
FULL NAME: ALICIA GUYTON   RELATIONSHIP: MOTHER
ADDRESS: CA 18 1408 OJINAGA, CHIH. MX   PHONE NUMBER: 145-3-12-53

**20. TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**
IMMIGRATED TO THE U.S. (Month, Year): _____
RESIDED CONTINUOUSLY IN THE U.S. From / To: _____
DATE NATURALIZED: _____
PLACE: _____

**21. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH**

Subscribed and sworn to (affirmed) before me
04-14-92
☒ Postal Employee ☐ Consul USA

**22. APPLICANT'S IDENTIFYING DOCUMENTS** ☒ PASSPORT ☒ DRIVER'S LICENSE ☒ OTHER (Specify) Mexican
ISSUE DATE: 02-22-90   EXPIRATION DATE: 02-22-96
PLACE OF ISSUE: OJINAGA, CHIH. — BCC: 82147750 EXP 12-27-83
DRIVER'S LICENSE   No. 96609
ISSUED IN THE NAME OF: DIANA VELIA GUYTON CHAVIR

**23. FOR ISSUING OFFICE USE ONLY** (Applicant's evidence of citizenship)

U.S. Citizen thru USC father— under Section 301(g) INA 1952

XX original docs.
XX Photocopy of docs.

$55.00   $10.00
FEE    EXEC