0121501074242

# SOCIAL SECURITY ADMINISTRATION
# Application for a Social Security Card

Fc  Approved
OMB No. 0960-0066

35
CMR

**1**

**NAME**
TO BE SHOWN ON CARD

First: Diana    Full Middle Name: Velia    Last: Guyton

**FULL NAME AT BIRTH IF OTHER THAN ABOVE**
First    Full Middle Name    Last

**OTHER NAMES USED**

**2**

**MAILING ADDRESS**
Do Not Abbreviate

Street Address, Apt. No., PO Box, Rural Route No.: 5316 SW 33rd ST
City: Topeka    State: KS    Zip Code: 66614

**3**

**CITIZENSHIP**
(Check One)

[X] U.S. Citizen  [ ] Legal Alien Allowed To Work  [ ] Legal Alien **Not** Allowed To Work (See Instructions On Page 1)  [ ] Other (See Instructions On Page 1)

**4**

**SEX**

[ ] Male    [X] Female

**5**

**RACE/ETHNIC DESCRIPTION**
(Check One Only - Voluntary)

[ ] Asian, Asian-American or Pacific Islander  [X] Hispanic  [ ] Black (Not Hispanic)  [ ] North American Indian or Alaskan Native  [ ] White (Not Hispanic)

**6**

**DATE OF BIRTH**
Month, Day, Year

6 14 65

**7**

**PLACE OF BIRTH**
(Do Not Abbreviate)

City: Ojinaga    State or Foreign Country: Mexico    FCI

[ ] Office Use Only

**8**

**A. MOTHER'S MAIDEN NAME**

First: Alicia    Full Middle Name    Last Name At Her Birth: Chavira

**B. MOTHER'S SOCIAL SECURITY NUMBER**

[ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

**9**

**A. FATHER'S NAME**

First: Samuel    Full Middle Name: Ross    Last: Guyton

**B. FATHER'S SOCIAL SECURITY NUMBER**

[ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

**10**

Has the applicant or anyone acting on his/her behalf ever filed for or received a Social Security number card before?

[X] Yes (If "yes," answer questions 11-13.)  [ ] No (If "no", go on to question 14.)  [ ] Don't Know (If "don't know", go on to question 14.)

**11**

Enter the Social Security number previously assigned to the person listed in item 1.

→ [4][6][1] - [3][7] - [5][2][3][2]

**12**

Enter the name shown on the most recent Social Security card issued for the person listed in item 1.

First: Diana    Middle Name: Velia    Last: Guyton

**13**

Enter any different date of birth if used on an earlier application for a card. →

Month, Day, Year

**14**

**TODAY'S DATE**
Month, Day, Year

08 02 01

**15**

**DAYTIME PHONE NUMBER**

Area Code: (785)    Number: 272-2137

DELIBERATELY FURNISHING (OR CAUSING TO BE FURNISHED) FALSE INFORMATION ON THIS APPLICATION IS A CRIME PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**16**

**YOUR SIGNATURE**
► *[signature]*

**17**

**YOUR RELATIONSHIP TO THE PERSON IN ITEM 1 IS:**

[X] Self  [ ] Natural Or Adoptive Parent  [ ] Legal Guardian  [ ] Other (Specify)

---

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

| NPN | | DOC 768 | NTI | CAN | | ITV |
|---|---|---|---|---|---|---|
| PBC N | EVI N | EVA N | EVC Y N | PRA | NWR | DNR N | UNIT |

EVIDENCE SUBMITTED
CSP = A Numi Cyp date 6/23/1992
US Passport - Z6840500 - Guyton
KSDL - 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 - Coiner

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW
NKL  SR    8-2-01
DATE

DCL    DATE

Form **SS-5** (3-2001)  EF (3-2001) Destroy Prior Editions  Page 5