ACTA NUMERO 173

# ESTADO DE CHIHUAHUA
## ACTA DE MATRIMONIO

En la cd. de Jiménez, Municipio de la misma nombre, siendo las 19:00 horas del día 26 de Mayo de mil novecientos sesenta y _____, comparecieron ante mi Antonio G. Franco, Juez del Registro Civil de esta Oficina (en esta Oficina, en la casa número de la calle _____ para contraer matrimonio, el Sr. _____ Ross Gaylon y la Srita. Alicia Chavira, de acuerdo con la solicitud y documentos que presentaron con fecha de hoy, los cuales contienen los siguientes datos:

| | DEL CONTRAYENTE: | DE LA CONTRAYENTE: |
|---|---|---|
| Edad | 37 años | 28 años |
| Ocupación | empleado Particular | su hogar |
| Domicilio | 1985 N. Lee | Av. Madero |
| Estado Civil | Soltero | Soltera |
| Origen | Walnut Springs Tx | San Francisco |
| Nacionalidad | Norteamericano | Mexicana |

COTEJADO