Origen .... Walnut Springs ... San Francisco ...
Nacionalidad .... Norteamericano ... Mexicano ...

**PADRES DEL CONTRAYENTE**

Nombres ... Oliver O. Guyhon ... Goldia D. Guy...
Ocupación ... [illegible] ... hogar ...
Origen ... [illegible] ... Knox City, Tex...
Domicilio ... Finado ... 1005 N. Lee Ok...
Nacionalidad ... [illegible] ... Norteamericana ...

**PADRES DE LA CONTRAYENTE**

Nombres ... Ramón Medina ... Rosalva Ch...
Ocupación ... Jornalero ... Su hogar ...
Origen ... Valle del Rosario Chi. ... Valle del Rosario, C...
Domicilio ... Aragón M. Solís #909 ... el mismo ...
Nacionalidad ... Mexicana ... Mexicano ...

ANOTACION AL REVERSO                A la vuelta

Huellas Digitales
Pulgar Derecho
Del Contrayente

De la
Contrayente