**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

**UNITED STATES OF AMERICA**

**v.**

**DIANA VELIA GUYTON**

Case No:  05-40126-01-RDR

Location: Topeka, Kansas

AUSA: Gregory G. Hough
Deft. Atty.: Richard Jones

| | | | |
|---|---|---|---|
| **JUDGE:** | Rogers | **DATE:** | 8/18/2006 |
| **DEPUTY CLERK:** | Mary E. Hill | **TAPE/REPORTER:** | Stewart-Nora Lyon & Associates |
| **INTERPRETER:** | Bracamonte | **PRETRIAL/PROBATION:** | |

## MOTION HEARING

Hearing was scheduled for the motions by government for a D.N.A. exemplar and to continue the trial. During the hearing, counsel for the government asked to withdraw the motions. The court granted the request. This case will proceed to jury trial beginning on 8/21/06 at 9:30 a.m.