**COURTROOM MINUTE SHEET - CRIMINAL JURY**
**CASE NO.:05-40126-01-RDR**

**UNITED STATES vs GUYTON, DIANA V.**

APPEARANCES:    GOVERNMENT:    GREG HOUGH            TOPEKA
                     DEFENDANT:     RICHARD JONES
                     ___APPOINTED     __X__RETAINED

JUDGE:      ROGERS
REPORTER: STEWART
CLERK:      HILL

| DATE: | 8/21/06 | 8/22/06 | 8/23/06 | 8/24/06 | 8/25/06 | 8/28/06 |
|---|---|---|---|---|---|---|
| T/B | 9:40 A.M. | 9:30 A.M. | 9:30 A.M. | 9:30 A.M. | 9:40 A.M. | 9:40 A.M. |
| T/E | 4:30 P.M. | 4:10 P.M. | 4:45 P.M. | 4:30 P.M. | 4:30 P.M. | 4:30 A.M. |

| DATE: | 8/29/06 | 8/30/06 |
|---|---|---|
| T/B | 9:35 A.M. | 10:00 A.M. |
| T/E | 3:40 A.M. | 1:46 P.M. |

**JURORS EMPANELED AND SWORN (SEE CHALLENGES ATTACHED)**

1. 100185675                              7. 100184570
2. 100182340                              8. 100182565
3. 100180285                              9. 100182200
4. 100183796                              10. 100179771
5. 100182312                              11. 100184084
6. 100185568                              12. 100178138
ALT 1. 100186504                       ALT 2. 100177073

---

**TRIAL PROCEEDINGS**

8/25/06 ORDERED that the motion of the defendant for JUDGMENT OF ACQUITTAL at the close of the Government's evidence be deferred and taken under advisement. Court rules on 8/29/06 that counts 1 and 2 will be dismissed. The jury will proceed with count 3.

( x )     ___8/29/06___     ___3:40__     p.m.    Jury retires to deliberate
( x )     ___8/30/06___     __ 1:40__     p.m.    Jury returns into Court

( ) Verdict of Guilty _____
(x ) Verdict of Not Guilty delivered on 8/30/06 at 1:40 p.m. Defendant is released.

**8/21/06** at 4:30 p.m. the jury is empaneled and sworn. Court will resume at 9:30 a.m. on 8/22/06 for the attorneys. Jurors are to report at 10:00 a.m.

**8/22/06:** Limine conference held; preliminary instructions given to jurors; opening statements given; Witness testimony is given.

**8/23/06**: Conference held outside presence of the jury regarding a preliminary instruction. At 9:55 a.m. jury brought in and witness testimony begins. 10:15 a.m. Jesse Ybarra sworn as interpreter for witnesses for the government.

**8/24/06:** Witnesses and evidence admitted.

**8/25/06:** Witnesses and evidence admitted. 2:40 p.m. the government rests. Motion by defendant for judgment of acquittal is deferred and taken under advisement. 3:35 p.m. Defendant presents witnesses and evidence.

**8/28/06:** 9:40 start - no jury - Gov. exhibits 6, 8 and 24 are redacted and presented to the court. Defendant orally moves for a mistrial because of government exhibit 24 - Overruled and Denied Venue Objection was not presented before the trial. Ancient Document objection - Both documents which were disallowed on Friday will not be allowed. Limiting Instruction: re: Govt. exhibit 24 (summary chart). Passport number will be corrected in the jury instructions. It will be changed from a 2 to a Z by interlineation. 10:10 a.m. jury returns and witnesses presented. Defendant's exhibits 4-6 are identified but not admitted. 2:45 pm Court rules that defendant's exhibits 4, 5, 6, 24 and 25 are now admitted.

**8/29/06:** 9:30 a.m. witnesses and evidence continue; 11:50 a.m. defendant rests; Government calls Wayne Upton as a rebuttal witness; defendant calls defendant Guyton for sur-rebuttal. 1:15 p.m. Court grants in part defendant's motion for judgment of acquittal. Counts 1 and 2 are dismissed. Jury instruction conference held. 2:05 p.m. Closing arguments are given. 3:10 p.m. Instructions are read to the jury. 3:40 p.m. Juror Debra Ashcraft is released, Alt # 1, Martin Ortiz is added as a juror. Jury retires to begin deliberations.

**8/30/06:** 11:40 a.m. jury has question; 1:40 p.m. Jury returns a verdict of not guilty. Defendant is dismissed. Court will return all exhibits to respective parties and will enter a judgment of acquittal. Jury is dismissed at 1:46 p.m.