# COURTROOM MINUTE SHEET - CRIMINAL JURY

**CASE NUMBER : 05-40126-01-RDR**
**DATE:         08/21/06 (start)**

**CHALLENGED FOR CAUSE:**

| JUROR EXCUSED | JUROR CALLED |
|---|---|
| 100178212 | 100182656 |
| 100179214 | 100179771 |

**PEREMPTORY CHALLENGES: RULE 24(b)   GOVERNMENT (6) DEFENDANT(10)**

| | | JurorExcused | Juror Called |
|---|---|---|---|
| GOVERNMENT | 1 | 100182656 | 100178138 |
| DEFENDANT | 1 | 100185458 | 100182312 |
| DEFENDANT | 2 | 100184846 | 100185568 |
| GOVERNMENT | 2 | 100183755 | 100180285 |
| DEFENDANT | 3 | 100185404 | 100181045 |
| DEFENDANT | 4 | 100182552 | 100180441 |
| GOVERNMENT | 3 | 100181045 | 100184570 |
| DEFENDANT | 5 | 100184020 | 100185224 |
| DEFENDANT | 6 | 100180441 | 100185675 |
| GOVERNMENT | 4 | 100185224 | 100182565 |
| DEFENDANT | 7 | WAIVE | |
| DEFENDANT | 8 | WAIVE | |
| GOVERNMENT | 5 | WAIVE | |
| DEFENDANT | 9 | | |
| DEFENDANT | 10 | | |
| GOVERNMENT | 6 | | |

**ALTERNATE JURORS   RULE 24(c)**

| | | JUROR EXCUSED | JUROR CALLED |
|---|---|---|---|
| GOVERNMENT | 1 | 100182670 | 100186504 |
| DEFENDANT | 1 | 100182668 | 100177073 |
| GOVERNMENT | 2 | WAIVE | |
| DEFENDANT | 2 | WAIVE | |