<u>**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**</u>

<u>**05-40126-01-RDR**</u>
<u>**USA v GUYTON, DIANA V.**</u>

**WITNESS LIST FOR GOVERNMENT**

| | | |
|---|---|---|
| <u>**8/22/06**</u> | **WAYNE UPTON** | **SWORN & TESTIMONY GIVEN** |
| <u>**8/22/06**</u> | **KRIS. PASQUALE** | **SWORN & TESTIMONY GIVEN** |
| <u>**8/23/06**</u> | **CURTIS D. GUYTON** | **SWORN & TESTIMONY GIVEN** |
| <u>**8/23/06**</u> | **JOSE JESUS RODRIGUEZ-BENITEZ** | <u>**SWORN & TESTIMONY GIVEN**</u> |
| | **(interpreter - Jesse Ybarra)** | |
| <u>**8/24/06**</u> | **ROBERTO CAMACHO-ACOSTA** | **SWORN & TESTIMONY GIVEN** |
| | **(interpreter - Jesse Ybarra)** | |
| <u>**8/24/06**</u> | **REYES TREVIZO-ORTIZ** | **SWORN & TESTIMONY GIVEN** |
| | **(Interpreter- Jesse Ybarra)** | |
| <u>**8/25/06**</u> | **BRUCE MCKIMMONS** | **SWORN & TESTIMONY GIVEN** |
| <u>**8/25/06**</u> | **JESSE YBARRA** | **SWORN & TESTIMONY GIVEN** |
| <u>**8/25/06**</u> | **JAMES D. KANATZER** | **SWORN & TESTIMONY GIVEN** |

<u>**8/25/06 AT 2:40 P.M. GOVERNMENT RESTS**</u>

<u>**8/29/06 at 11:50 a.m. Government calls rebuttal witness - Wayne Upton**</u>