# GOVERNMENT'S EXHIBIT SHEET

**Case Name: U.S.A. v. Diana Guyton**

**Case No. :** 05-40126-01-RDR

| NO. | DESCRIPTION | ID | OFF | ADM | DEPOS OR WITNESS |
|---|---|---|---|---|---|
| 1 | **May 26, 1965.** Cert. copy of hand-written marriage license filed @ Civil Registry in Ojinaga, Chihuahua, Mexico, from 1969 marriage book, purporting to show marriage of Samuel Ross Guyton to Alicia Chavira-Chavira on May 26, 1965. | X | X | X | TREVIZO-ORTIZ |
| 1.A. | **May 26, 1965.** Cert. copy of typed marriage license filed @ Civil Registry in Ojinaga, Chihuahua, Mexico, from 1969 marriage book, purporting to show marriage of Samuel Ross Guyton to Alicia Chavira-Chavira on May 26, 1965. From defendant's Immigration "A-file," and provided by defendant to INS, May 15, 1995. | X | X | X | KANATZER |
| 2 | **June 14, 1965.** Cert. copy of typed birth certificate of defendant, purportedly filed Aug. 29, 1965, and purporting defendant's place of birth as Ojinaga, Chihuahua, Mexico, and father Samuel Ross Guyton, an American citizen. From defendant's Immigration "A-file," and provided by defendant to INS, May 15, 1995. | X | X | X | KANATZER |
| 3 | **June 14, 1965.** Cert. copy of actual birth certificate of defendant, filed Oct. 5, 1965, @ Civil Registry in Camargo, Chihuahua, Mexico, by Alicia Chavira-Chavira w/ defendant's finger print, showing the birth of defendant in Camargo, Chihuahua, Mexico, on June 14, 1965, and no father of defendant listed. | X | X | X | CAMACHO-ACOSTA |

| | | | | | |
|---|---|---|---|---|---|
| 4 | INS Form I-130 filed on July 22, 1974, by Samuel Ross Guyton, for son Samuel Enrique Guyton, Jr., showing Enrique's date of birth Sept. 1, 1969, and showing marriage of Samuel Ross Guyton to Alicia Chavira-Chavira on **July 26, 1969.** | X | X | X | KANATZER |
| 5 | INS Form I-130 filed on July 22, 1974, by Samuel Ross Guyton, for wife Alicia Chavira-Chavira , showing marriage of Samuel Ross Guyton to Alicia Chavira-Chavira on **July 26, 1969 @ Ojinaga, Chihuahua**, Mexico, and **adopted daughter Diana Velia**. | X | X | X | KANATZER |
| 6 | **May 1, 1971.** Sworn statement of Alicia Chavira-Guyton, to INS, at Presidio, TX., stating, *inter alia*, that (a) "for about a year in 1968" she worked as a prostitute @ "the B-29 Club" in Ojinaga, Chihuahua, Mexico, using the alias name of "Nora Duran"; (b) her daughter, "Diana Velia" was "born **June 14, 1965 in Camargo, Chihuahua**," Mexico. | X | X | X | KANATZER |
| 7 | **Aug. 29, 1972.** Cert. copy of typed birth certificate of defendant, filed Aug. 29, 1972 @ Civil Registry in Ojinaga, Chihuahua, Mexico, showing defendant's date of birth as **June 14, 1965**, and purporting defendant's place of birth as Ojinaga, Chihuahua, Mexico, and father Samuel Ross Guyton. | X | X | X | TREVIZO-ORTIZ |
| 8 | **Nov. 29, 1976.** Alicia Chavira-Guyton and four children, including defendant, stopped @ Presidio, TX., refused entry into U.S.A., due to Alicia Chavira-Guyton's admission of having worked as a prostitute in the B-29 Club in Ojinaga, Mexico. Alicia Chavira-Guyton admits having met Samuel Guyton while working in the B-29 Club. | X | X | X | KANATZER |
| 9 | **Oct. 4, 1977.** Death Certificate showing Samuel Ross Guyton dies of "heart problems," at Ojinaga, Chihuahua, Mexico. From defendant's Immigration "A-file," and provided by defendant to INS, May 15, 1995. | X | X | X | KANATZER |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | **April 20, 1992.** Application for U.S. Passport prepared & filed by defendant, alleging: (a) place of birth Ojinaga, Chihuahua, Mexico, on June 14, 1965; (b) current residence @ Ojinaga, Chihuahua, Mexico; (c) marriage to Miguel Giner on Aug. 17, 1991; (d) three children living with her @ Ojinaga address; and (e) no prior applications for U.S. Passports. Passport # 26840500, ultimately issued @ Juarez, Mexico. | X | X | X | KRIS PASQUALE |
| 10.A. | Certification of Condoleezza Rice, U.S. Secretary of State, regarding Exh. #10. | X | X | X | KRIS PASQUALE |
| 11 | **March 19, 1993.** INS Form I-130 filed on by defendant, for mother Alicia Chavira-Guyton of Ojinaga, Chihuahua, Mexico, and showing: (a) Alicia Chavira-Guyton's date of marriage as May 26, 1965 @ Ojinaga, Chihuahua, Mexico; (b) defendant's date of birth June 14, 1965 @ Ojinaga, Chihuahua, Mexico; (c) defendant's marriage to Miguel Giner on Aug. 17, 1991; (d) SS# 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; and (e) defendant's American citizenship acquired through parents. | X | X | X | KANATZER |
| 12 | **Feb. 25, 1994.** Defendant's letter from Great Bend, KS., to "Chief, Immigrant Visa Branch AMERICAN CONSULATE GENERAL - VISA SECTION, El Paso, TX.," withdrawing her "name from the application I made last year in order to get an immigrant visa on behalf of ALICIA CHAVIRA V. DE GUYTON." | X | X | X | KANATZER |
| 13 | **May 15, 1995.** INS Form 600, "Application for Certificate of Citizenship," filed at K.C., Mo., by defendant and asserting: (a) parents' marriage on May 26, 1965 @ Ojinaga, Chihuahua, Mexico; (b) P.O.B. in Ojinaga, Mexico on June 14, 1965; (c) asserting Topeka residence; and (d) claiming defendant's actual arrival in America on April 20, 1992 @ Great Bend, KS. (See also Exh. # 1.A. and 2, which defendant provided to INS.) | X | X | X | KANATZER |

| | | | | | |
|---|---|---|---|---|---|
| 14 | **Feb. 13, 1996.** Defendant receives "Certificate of Citizenship," @ K.C., Mo., and lists address @ Topeka, KS. | X | X | X | KANATZER |
| 15 | **March 24, 2002.** Defendant applies to renew her U.S. Passport. States P.O.B. is Ojinaga, Mexico on June 14, 1965. This renewal is ultimately approved and issued on April 4, 2002, mailed to her address in Topeka, KS. | X | X | X | KRIS PASQUALE |
| 16 | **Dec. 8, 2003.** Certified copies of criminal charges and associated documents filed against defendant in Chihuahua, Mexico, alleging "Falsification of Documents and the Use of False Documents, committed in order to harm the Public Confidence," and evidencing status of proceedings. | X | X | X | WAYNE UPTON<br><br>read by Ybarra |
| 17 | English translation of Exh. #16. | | | | NOT OFFERED |
| 18 | **July 26, 1969.** Cert. copy of hand-written marriage license filed @ Civil Registry in Ojinaga, Chihuahua, Mexico, from 1969 marriage book, showing marriage of Curtis Dean Guyton to Ofelia Aguilera on July 26, 1969. | X | X | X | TREVIZO-ORTIZ |
| 19 | **Aug. 2, 2001.** Defendant's Social Security Card applications dated 6/17/90, 11/18/92, 4/20/94 & 8/2/01. | X | X | X | MCKIMMONS |
| 20 | INS Form I-134, "Affidavit of Support," prepared by defendant on Apr. 12, 1995, stating her date of birth is June 14, 1965, and entered U.S. of A. in Aug. 1992. | X | X | X | KANATZER |
| 21 | Certified copies of documents from Civil Registry @ Chihuahua, Chihuahua, Mexico, showing illegal name change, omitting father's name, as to Nasly Guyton. | X | X | X | TREVIZO-ORTIZ |
| 22 | Letter from Mr. Jones to Mr. Hough with notes from an Agent attached | NON-JURY EXHIBIT | | | |
| 23 | Photo with employees of Civil Registry | X | X | X | Rodriguez-Benitez |
| 7A | Birth Certificate | X | X | X | TREVIZO-ORTIZ |
| 24 | Large Chart- Summary | X | X | X | KANATZER |

2:40 p.m. on 8/25/06 the government rests.