IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

<u>USA v GUYTON, DIANA V</u>.
<u>05-40126-01-RDR</u>

**<u>WITNESS LIST OF DEFENDANT</u>**

| | | |
|---|---|---|
| **<u>8/25/06</u>** | **<u>BRANDAN KENNEDY</u>** | **<u>SWORN & TESTIMONY GIVEN</u>** |
| **<u>8/25/06</u>** | **<u>PATRICIA STENDER</u>** | **<u>SWORN & TESTIMONY GIVEN</u>** |
| **<u>8/25/06</u>** | **<u>PATRICIA THOMBLISON</u>** | **<u>SWORN & TESTIMONY GIVEN</u>** |
| **<u>8/25/06</u>** | **<u>INA GUYTON DECHERT</u>** | **<u>SWORN & TESTIMONY GIVEN</u>** |
| **<u>8/28/06</u>** | **<u>CATHERINE FOUST</u>** | **<u>SWORN & TESTIMONY GIVEN</u>** |
| **<u>8/28/06</u>** | **<u>DIANA VELIA GUYTON-CHAVIRA</u>** | **<u>SWORN & TESTIMONY GIVEN</u>** |

**<u>8/29/06 at 11:50 a.m. Defendant rests; Recalls defendant Guyton for sur-rebuttal.</u>**