**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**
**05-40126-01-RDR**
**USA v GUYTON, DIANA V.**

**EXHIBIT LIST FOR DEFENDANT**

| # | Description | ID | Off | Adm | Witness |
|---|---|---|---|---|---|
| 1 | Photo of Sam. Guyton | x | x | x | Curtis Guyton |
| 2 | 2 photos of family | x | x | x | Curtis Guyton |
| 3 | Photo of Diana Guyton with family | x | x | x | Curtis Guyton |
| 4 | Payroll records | ADMITTED BY COURT 8/28/06 | | | |
| 5 | Payroll records | ADMITTED BY COURT 8/28/06 | | | |
| 6 | Payroll records | ADMITTED BY COURT 8/28/06 | | | |
| 7 | Birth Certificate (6/15/65) | not admitted as of 8/24/06 | | | |
| 8 | Birth Certificate | not admitted as of 8/24/06 | | | |
| 9 | Benefit summary listing (SS) | X | X | X | MCKIMMONS |
| 10 | Family Tree | X | X | X | INA DECHERT |
| 11 | Letter | X | X | X | NO WITNESS |
| 12 | Letter | X | X | X | NO WITNESS |
| 13 | Photograph of Ina Dechert's grandmother | X | X | X | INA DECHERT |
| 14 | Photograph of Odell | X | X | X | INA DECHERT |
| 15 | Report Card (8th grade - 2nd grade middle school- Diana V. Guyton-Chavira | X | X | X | DIANA GUYTON |
| 16 | Report card (9th grade) | X | X | X | DIANA GUYTON |
| 17 | High School Graduation Doc. | X | X | X | DIANA GUYTON |

| 18 | **Baptismal certificate** | **X** | **X** | **X** | **DIANA GUYTON** |
| --- | --- | --- | --- | --- | --- |
| 19 | **Photo of church** | **X** | **X** | **X** | **DIANA GUYTON** |
| 20 | **Photo of deft and cousin** | **X** | **X** | **X** | **DIANA GUYTON** |
| 21 | **Copy of photo of "city hall"** | **X** | **X** | **X** | **DIANA GUYTON** |
| 22 | **Photo of interior of city hall** | **X** | **X** | **X** | **DIANA GUYTON** |
| 23 | **Photo of employees** | **X** | **X** | **X** | **DIANA GUYTON** |
| 24 | **Letter of resignation** | **X** | **X** | **X** | **DIANA GUYTON** |
| 25 | **Proof of Work-recommendation** | **X** | **X** | **X** | **DIANA GUYTON** |

**8/29/06 at 11:50 a.m. Defendant rests**