Is there a record in testimony that stated how Gov't first found out about original Birth Cert. in Camargo? If so could we hear it?

05-40126.01
Question #1
USA v Guyton

MEMBERS OF THE JURY:

There is no specific testimony which answers your question directly. You should refer to your recollection of the testimony and the exhibits to attempt to answer this question.

_____
United States District Judge