IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>DIANA VELIA GUYTON,<br><br>    Defendant. | Case No. 05-40126-01-RDR |

## V E R D I C T

We, the jury, in the above-entitled cause, duly impaneled and sworn, upon our oaths find the defendant:

**DIANA VELIA GUYTON**

__✓__ Not Guilty    ____ Guilty    Of the offense contained in Count 3 of the Indictment

_8/30/06_
Date

_[signature]_
Foreperson