AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## *District of Kansas*

**UNITED STATES OF AMERICA**           JUDGMENT OF ACQUITTAL

v.

DIANA VELIA GUYTON           CASE NUMBER:   05-40126-01-RDR

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/ Richard D. Rogers
Signature of Judicial Officer

**Richard D. Rogers, Senior Judge**
Name and Title of Judicial Officer

August 30, 2006
Date