# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

v.               CASE NO. 05-40126-01-RDR

DIANA VELIA GUYTON

        Defendant.

## RECEIPT

Receipt is hereby acknowledged of _____GOVERNMENT_____ for _exhibits_____ in the above entitled case.

SEE ATTACHED EXHIBIT LIST FROM TRIAL

Dated at _Topeka_____ this _____ day of ___August___, _2006_.

_____
Attorney for Plaintiff