PS 40-DKS (REV. 6/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. Deters, USPO
U.S. Probation Office
444 SE Quincy, Rm 375
Topeka, KS 66683-3589

☐ **Original Notice**  ☒ **Notice of Disposition**

| | |
|---|---|
| **Date:** | **Date:** September 1, 2006 |
| **BY:** | **BY:** John W. Deters |

================================================================

| | | | |
|---|---|---|---|
| Defendant: | Diana V. Guyton | Case Number: | 5:05CR40126-01-RDR |
| Date of Birth: | \*\*/\*\*/1965 | Place of Birth: | Ojinaga, Mexico |
| SSN: | \*\*\*-\*\*-5232 | | |

================================================================

**NOTICE OF COURT ORDER** (Order Date: November 22, 2005)

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

☒ The above-named defendant surrendered Passport Number 206215328 to the custody of the U.S. District Court on 11/22/05.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☒ Defendant not convicted — Document returned to defendant.

☐ Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Department of State
Defendant (or representative)
Clerk of Court