IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2006 SEP -1 P 1: 10

RALPH L. DELOACH
CLERK
BY_____ DEPUTY
AT TOPEKA, KS.

UNITED STATES OF AMERICA,    PLAINTIFF,

V.                           CR. NO. 05-40126-01-RDR

DIANA VELIA GUYTON            DEFENDANT.

## RECEIPT

This will acknowledge receipt of Passport Number 206215328 previously surrendered to the Court pursuant to a prior Order of the Court.

Date  9/1/06                 _____
                             Owner of Passport

Document used for identification purposes:

Driver's License

Revised 06/06