1          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF KANSAS
2                      TOPEKA, KANSAS

3

    UNITED STATES OF AMERICA        )
4   -------------------Plaintiff,   )
                                    )
5           vs.                     ) Case No.
                                    ) 05-40126-01
6   DIANA VELIA GUYTON,             )
    -------------------Defendant.   )
7

8

9     PARTIAL TRANSCRIPT OF JURY TRIAL CONSISTING OF
       THE TESTIMONY OF JOSE JESUS RODRIGUEZ-BENITEZ
10                        BEFORE
             HONORABLE RICHARD D. ROGERS
11                         on
                  August 23rd, 2006
12

     APPEARANCES:
13   For the Government:   Mr. Greg Hough
                           Asst. U.S. Attorney
14                         290 Federal Building
                           444 Quincy Street
15                         Topeka, Kansas   66683

16   For the Defendant:    Mr. Richard Jones
                           Jones Law Office
17                         1503 Southeast Quincy
                           Topeka, KS 66612
18

19   Court Reporter:       KELLI STEWART, RPR, CRR, RMR
                           Nora Lyon & Associates
20                         2300 S.W. 29th St., Ste 121
                           Topeka, Kansas   66611
21

22

23

24

25

1                    I  N  D  E  X

2        Certificate-------------------- 116

3

4                 W I T N E S S E S

5        ON BEHALF OF GOVERNMENT:              PAGE

6        JOSE JESUS RODRIGUEZ-BENITEZ

7        Direct Examination by Mr. Hough          3

8        Cross Examination by Mr. Jones          54

9        Voir Dire Examination by Mr. Hough      85

10       Cross Examination by Mr. Jones (Cont'd)  89

11       Redirect Examination by Mr. Hough      109

12       Recross Examination by Mr. Jones       113

13

14

15

16                 E X H I B I T S

17       GOVERNMENT EX. NO.:      OFFERED      RECEIVED

18       23                         48           48

19

20

21

22       DEFENDANT EX. NO.:       OFFERED      RECEIVED

23       4 and 6                    85           --

24

25

1          (THEREUPON, the heretofore testimony

2             was not ordered transcribed; WHEREUPON,

3             the following proceedings were had).

4          THE COURT:  Do you want to swear him

5     in at this time.

6          (THEREUPON, Jesse Ybarra was sworn in

7             as the interpreter).

8

9     JOSE JESUS RODRIGUEZ-BENITEZ,

10     called as a witness on behalf of the

11     Government, was sworn, and testified as

12     follows:

13          MR. HOUGH:  Jesse, are you more

14     comfortable standing or sitting?

15          INTERPRETER YBARRA:  I'm more

16     comfortable standing if you don't mind.

17               DIRECT EXAMINATION

18     BY MR. HOUGH:

19  Q.  Sir, would you please tell us your name and

20     spell your full name for us.

21  A.  I am Jose Jesus Rodriguez-Benitez.  Rodriguez I

22     think everyone knows how to spell.  Benitez is

23     spelled B-E-N-I-T-E-Z.

24  Q.  Okay.  Just as a housekeeping matter, the

25     microphone needs to be near Jesse's mouth

1     because the jury needs to understand the

2     English version.  I apologize.  Sir, where do

3     you live?

4    A.  In Ojinaga, Chihuahua.

5    Q.  In the country of Mexico?

6    A.  In Mexico, state of Chihuahua.

7    Q.  Thank you.  How long have you lived there?

8    A.  I arrived in Ojinaga three years old, I have

9     64 years since I've lived there.

10   Q.  And do you presently work, do you have a job

11     presently?

12   A.  I am a teacher who has retired.  But

13     furthermore, I'm also a newspaper man.

14   Q.  And when you say newspaper man, what-- what all

15     does that entail?

16   A.  I do reports, I do political reports and I also

17     sell-- I do publicity as well.

18   Q.  How long have you done that?

19   A.  I started very young when I was a kid in this

20     business.  I was also the seller of the

21     newspaper in different places.  I started

22     learning the job of a reporter in the sentinel

23     with the founder of the newspaper where I

24     worked.

25       My priorities are teaching, I always try

1          and keep my priorities in the teaching area and

2          secondary to the newspaper.  Therefore, the

3          time that is left free for me, I work in the

4          newspaper.  Regardless, I've worked-- I have

5          worked as a teacher for 35 years.  And upon

6          retiring, I returned full-time back to the

7          newspaper.

8     Q.   During the time that you were a professor and

9          actually were actively teaching, where did you

10         teach and what did you teach?

11    A.   I was a teacher in various schools, elementary

12         schools.  And then I was a teacher in a

13         secondary school that was called the magistrate

14         school.

15              INTERPRETER YBARRA:  The secondary

16         magistrate school, excuse me.

17    A.   I was also a teacher in secondary school, in a

18         school called Professor Rojas Domingues.  I was

19         teacher for 12 years in the preparatory school

20         of Ojinaga.  There I taught introduction to

21         philosophy, logic, ethics, history.

22    Q.   (BY MR. HOUGH)  Was there additional teaching

23         that you'd like to tell us that you did then?

24    A.   I was in three commercial schools as well.  In

25         1960-- '65 through '65 (sic).  I was there in

1      the commercial institute in Ojinaga called

2      Elico.  It was institute-- commerce-- institute

3      of commerce in Ojinaga.  There I taught

4      materials in geography, history.  Calligraphy

5      was one of the other subjects, to be able to

6      write correctly.  And then I worked in the

7      commercial school as well, Pittman was the

8      name.  There I taught geography, history,

9      Spanish, and calligraphy.

10          Then I was in a public school of Ojinaga,

11     of commerce as well.  There I taught

12     accounting, rights of-- commerce rights and

13     introduction to rights.  And I was there for

14     four years in which I was working in the

15     capacity of director.  And prior to that in

16     Pittman I was-- I had the opportunity to

17     incorporate that school into a state school.

18     Because of-- because of that merit at that

19     particular-- at that same school, I was able to

20     become director of that school as well.

21          I was also a-- I was also teacher in the

22     normal school at night, nocturnal school at

23     night, of Ojinaga.  There I taught technical

24     education there.  It was a school for teachers.

25  Q.  And does that conclude your career as a

1      professor?

2   A.  Yes, sir, 35 years.

3   Q.  When did that end, when did you quit being a

4      professor professionally?

5   A.  In 1988.

6   Q.  Subsequently then did you run for public

7      office?

8   A.  I always participated in politics.  I started

9      from small, came up.  I occupied all of the

10      positions in the-- I-- I occupied all of the

11      positions in PRI, which is the party, the

12      Revolutionary Party in Mexico.  I was orator in

13      all of the campaigns there.  I was there also

14      as a-- as a secretary of finances and secretary

15      of-- of electoral action as well.  I was

16      secretary general of the party.  And there I

17      was also president of the party PRI, the

18      Revolutionary Party, in an uninterrupted form.

19   Q.  In America as opposed to your country, we may

20      have different interpretations of the term

21      Revolutionary Party.  Can you describe for us,

22      please, what in actuality that is or was in

23      your country?

24   A.  This particular party, the Revolutionary Party

25      of-- called PRI was founded in March 4th, 1929.

1       It was founded by the founder Plutarco Elias

2       Calles after the revolutionary when it was--

3       when the party was formed because there was a

4       lot of factions that were left over from the

5       time of the revolution in Mexico.

6    Q. Okay.  In America, we have a Republican party,

7       we have a Democrat party, we have an

8       independent group, there are the Libertarians,

9       there are different groups like that.  Is this

10      likewise in Mexico one of many parties?

11   A. Exactly, very similar.

12   Q. In approximately January of 1989, were you

13      approached to consider seeking a municipal

14      presidency of the area?

15           MR. YBARRA:  I'm sorry, what was that

16      last part?

17   Q. (BY MR. HOUGH)  Approached by others to seek

18      the municipal presidency of that area, Ojinaga.

19   A. In what date?

20   Q. Approximately January of 1989.

21           MR. YBARRA:  Excuse me, my mistake, I

22      thought you said June.

23   A. There's a situation here.  When the politics

24      come, each person aspiring, they measure their

25      possibilities.  In 1989, January, I considered

1    that additionally to other candidates who also

2    were for-- were with the party PRI, I also had

3    possibilities for that position.  Then some

4    friends from Ojinaga and some friends from

5    Chihuahua, they invited me to participate.  And

6    we were in different functions in the

7    preliminary, there was about 12 of us, but they

8    were eventually-- some were eliminated.  And at

9    the end there was only two of us left, a-- a

10   partner whose name was Samuel Sanchez Viesa.

11   Him and I played off the preliminary election.

12 Q.  During the course--

13 A.  I won.

14 Q.  Thank you.  During the course of your campaign,

15   did you have someone working for you named

16   Diana Guyton?

17 A.  Yes, sir.

18 Q.  How did she come to work for you in that

19   campaign?

20 A.  When you do the pre-campaign, you do it with

21   resources that are very limited, neither the

22   electoral or the political party proportion you

23   any money, they only support you when you are

24   the candidate for that party, before being

25   elected constitutionally.  So in the

1    pre-campaigns, we're always-- our funds are

2    always very scarce.  We were all in need of a

3    secretary and somebody told us about Diana.

4    And she came, she helped us, she worked with

5    us.

6  Q.  Who was that person that recommended her?

7  A.  She was recommended by the previous municipal

8    president, Armando Velenzuala Collomo.

9              INTERPRETER YBARRA:  Spelled

10    C-O-L-L-O-M-O.

11  A.  Without her being there, in a joke that I had

12    with him, because he is also from my same

13    party.  I told him that I had a necessity for a

14    secretary-- of a secretary, and he-- and he

15    told me there's a little girl over there whose

16    name is Diana, why don't you take her.  And

17    that's how it was that she came and-- and she

18    came to my house of-- my pre-campaign house,

19    excuse me.

20  Q.  (BY MR. HOUGH) What was his understanding of

21    how the outgoing president of the municipality

22    knew her to make this recommendation?

23  A.  Well, in Ojinaga the town is small, possibly

24    because of the relations that he had because of

25    his first authority--

1   Q.  Describe that--

2   A.  -- had known her.

3   Q.  Describe that relation.

4   A.  Well, I'm saying that the municipal

5       presidents-- the municipal presidents know

6       everybody.  They have a lot of relationships.

7       Therefore, I thought that she must have known

8       her either personally or through another

9       person.  Up to those moments about-- about her

10      being my-- my helper in my pre-campaign, I had

11      not seen her, I had not seen her at all.  We

12      did the first proof of her work.  She worked

13      well.

14              MR. HOUGH:  Judge, would you like to

15      take your morning recess now, sir?

16              THE COURT:  Yes, it might be a good

17      idea.  Ladies and gentlemen, let's take a

18      15-minute recess and then we'll come back.

19      Remember my admonition, Mr. Bailiff.

20              (THEREUPON, a recess was had).

21              THE COURT:  All right.  Mr. Hough, I

22      believe we're all present and you may continue.

23              MR. HOUGH:  Thank you, Judge.

24  Q.  (BY MR. HOUGH)  Sir, I believe before the break

25      that you had indicated that the outgoing

1      municipal president had recommended Ms. Guyton

2      to work for you.  Do you recall that?

3  A.  Yes, sir, that's how it was.

4  Q.  And did you, based on that recommendation, then

5      hire her to assist you?

6  A.  It wasn't precisely an employment.  It was an

7      opportunity for her to acquire merits and it--

8      and if I was successful, then she would have

9      automatically succeeded on to a position.

10  Q.  By merits, then you mean if you were elected,

11      you would ultimately hire her to do something

12      in your administration?

13  A.  Exactly.

14  Q.  Were you elected?

15  A.  Yes, sir.  Yes.

16  Q.  And did-- and did you serve?

17  A.  Yes.

18  Q.  And what would that title have been?

19  A.  Hers?

20  Q.  Yours.

21  A.  Municipal president of Ojinaga.

22  Q.  During the campaign, what exactly did Diana

23      Guyton do for you?

24  A.  In reality, Diana would help me in everything.

25      She would take care of the agenda, she would

1    take care of the visitors, the visitor's

2    agenda.  She would also organize the-- the

3    problem-- the list of problems of the people

4    who would come to the campaign.  And if at any

5    moment they couldn't find me, she was in charge

6    of registering those people that would come in

7    with their problems, those visitors.

8    Q.  This is during the time of the campaign?

9    A.  Of the pre-campaign first, first it was

10    pre-campaign.

11    Q.  Okay.  And during the pre-campaign, in the

12    pre-campaign was she paid?

13    A.  It was more like a weekly compensation.

14    Q.  What did it amount to?

15    A.  I don't exactly recall, it was around 4 our 500

16    in that time past.

17    Q.  That would be pesos?

18    A.  If my memory doesn't fail me.  Yes, pesos.

19    Pesos.  Mexican pesos.

20    Q.  And that would convert to about what in

21    American dollars?

22    A.  Actually presently?

23    Q.  No, at the time.

24    A.  Son-of-a-gun.  I don't remember the parodies

25    then, but actually it was around 400, 500.

1    Q.  Pesos?

2    A.  $400 over here would be around $40 here.

3    Q.  Okay.

4             INTERPRETER YBARRA:  Pesos, excuse

5    me, over there would be $40 here.

6    Q.  (BY MR. HOUGH) Okay.

7    A.  Approximately.

8    Q.  Was that a lot of money in Ojinaga in 1989?

9    A.  No.

10   Q.  Now, how would you describe the job that she

11    did during the pre-campaign and the campaign?

12   A.  The work that Diana did in the pre-campaign and

13    in the campaign was in accordance with the

14    instructions that we gave her.

15   Q.  Did you consider her a good worker?

16   A.  Very good.

17   Q.  Were details important to this job?

18   A.  That-- the details that she sustained?

19   Q.  Yes.

20   A.  Yes, they were important.

21   Q.  Was she a very good detail person?

22   A.  Yes, she never-- she never forgot anything.

23    Whatever detail she had, she had it well

24    organized.

25   Q.  Was that important to you at the time?

1   A.  Yes, sir.

2   Q.  Why?

3   A.  I needed someone who in reality would be able

4       to comply with the work, with their work.

5   Q.  How--

6   A.  There are people who say that they know how to

7       do such and such work and in reality they

8       don't.

9   Q.  She did?

10   A.  She did it.

11   Q.  Now, after you took office, that occurred when?

12   A.  The taking of office?

13   Q.  Yes.

14   A.  October 10th, 1999 (sic), 9 p.m., I took

15       position of that position.

16   Q.  At 9 p.m.  He remembers it well.

17   A.  Yes, clearly.

18   Q.  Shortly after taking office or upon taking

19       office, did you hire Diana Guyton to work in

20       your administration?

21   A.  Immediately.

22   Q.  Okay.  Why?

23   A.  Because I needed a secretary and I already knew

24       her.

25   Q.  And the fact that she had established herself

1          as a meticulous details person, was that

2          important to him?

3     A.   Yes.

4     Q.   What position did you hire her to fill?

5     A.   I made her an administrative secretary to the

6          municipal president, to the president.  She was

7          below the teacher Pedro Falcon Salinas.  And

8          before him, by the name of Enrique Leyva

9          Torres.

10                   MR. HOUGH:  And just for the record,

11         you're going to have to get with Kelli at a

12         recess to get those names spelled correctly.

13                   INTERPRETER YBARRA:  Very well.

14    Q.   (BY MR. HOUGH)  What were Diana Guyton's duties

15         and responsibilities in the position you

16         originally hired her for?

17    A.   That they-- that she know the administrative

18         things, and she knew them.  And above all,

19         above all, most important was that-- that--

20         that I was able to have-- place the faith that

21         I needed to place in the secretary.

22    Q.   And what was that faith?  Describe that.

23    A.   Of what?  Can you repeat me the question?

24    Q.   You indicated that you-- you needed to have

25         faith in the secretary in this position.

1      Describe that for us.

2  A.  I needed a secretary that would be attentive

3      and treat the public well.  Because the people

4      that come into the municipal presidency has the

5      first contact with her.  Therefore, I needed a

6      secretary who was gentle, attentive, educated,

7      that she didn't make-- she wouldn't make any

8      gestures towards the public.  That she would

9      receive them amicably.

10      She would investigate as to what type of

11      problem they were going to be treating.  If it

12      wasn't that important to where the president

13      had to be seen, therefore, she would divert it

14      to the other various posts, the other people.

15      If it was a farmer or somebody from the rural

16      area, she would direct him over towards that

17      area where they-- where the farmers or the

18      rural people would be taken care of.

19      Therefore, she would analyze as to what

20      problems had to go or directed towards the

21      municipal president.  She would, therefore,

22      then agendasize those people for me in

23      accordance with how they came in, the time, and

24      she would pass them on to me.  She would

25      contact me by phone and she would say so and so

1      is here.  And she would mention he has this

2      problem, so and so has this problem.

3  Q.  Did she answer directly to you or someone else?

4  A.  She would answer directly to me, but she would

5      also answer to Secretary Enrique Torres who was

6      my secretary as well, first secretary.  Then

7      Enrique renounced or left because they-- he

8      went on to another job, they offered him a job

9      in petroleum over in Vera Cruz, and that's when

10     I named Professor Pedro Falcon, who was with--

11     she would basically deal with.

12  Q.  And what was the person-- Mr. Falcon's job?

13  A.  When I wasn't there, he would take my place in

14     the administrative.  He's like the second

15     person who makes decisions in a municipal

16     presidency.  And he had a special charge, the

17     management of the Civil Registry.

18  Q.  What did the Civil Registry do?

19  A.  The registry takes care of registering and

20     ceding all of the births in Ojinaga.

21          INTERPRETER YBARRA:  Your Honor, may

22     I ask the witness a little bit of an

23     explanation on this word that the interpreter

24     is not familiar with?

25          THE COURT:  Yes, you may.

```
 1              INTERPRETER YBARRA:  I'm ready to
 2         continue, Your Honor.
 3              THE COURT:  All right.
 4    A.   Let's say that in Ojinaga there was a birth of
 5         five to nine children per night, they would go
 6         and register and a Civil Registry would be made
 7         and the statistics would also tell me.  That
 8         the president has to know everything, you know.
 9         In Ojinaga 125 to 130 people die per year,
10         those certificates of death are also ceded
11         there in the Civil Registry, as well as the
12         marriage certificates are ceded or registered,
13         adoptions, acknowledgements.  That's what's
14         done in the Civil Registry.
15    Q.   (BY MR. HOUGH)  Was the Defendant's office in
16         the Civil Registry?
17    A.   She had participation in practically all of the
18         departments.  And in coordination with
19         Professor Falcon Salinas, a lady by the name of
20         Angelita Munoz managed the Civil Registry, the
21         department of the Civil Registry.
22    Q.   And what then was the interaction between Ms.
23         Munoz and the Defendant as it related to the
24         Civil Registry?
25    A.   Well, in the first place, they were-- they
```

```
 1            were-- first of all, they were partners in--

 2            they were partners in work, they were

 3            co-workers, that they would mutually help each

 4            other.  And since Diana learned the ins and

 5            outs the work of the Civil Registry, for the

 6            people that were there, Angelita Munoz and

 7            Professor Falcon Salinas, she was a great help

 8            to them.

 9       Q.   Did the Civil Registry provide the forms for

10            birth certificates, marriage licenses,

11            adoptions, death certificates to members of the

12            community to complete?

13       A.   The forms were provided to us by another

14            department known as Precaudura de Rentas which

15            interpreted would mean--

16                      INTERPRETER YBARRA:  May I inquire

17            with the Defendant (sic) with another word,

18            Your Honor?

19                      MR. HOUGH:  Judge, may the witness

20            make inquiry regarding another word, please?

21                      THE COURT:  Yes.

22       A.   The department that these things-- that these

23            forms came from for the birth certificates came

24            from the department which is in charge of

25            imposing taxes for the state in the area.
```

1    Q.  (BY MR. HOUGH)  So if an individual came in to

2        the Civil Registry to record and register, for

3        instance a birth, would they come straight

4        there or would they have to go someplace else

5        and get the form and bring it there?

6    A.  Yes.

7    Q.  Okay.  And they would-- who would complete the

8        form, if you recall?

9    A.  Them that were in the department there of the

10       Civil Registry.  It would be Pedro Falcon,

11       Angelita, and her.

12   Q.  Her being Diana Guyton?

13   A.  Yes, exactly.

14   Q.  And for the record, the Diana Guyton that you

15       are discussing here, is she in the courtroom

16       here today?

17   A.  Yes.

18           MR. HOUGH:  Judge, would this be an

19       appropriate time to break for lunch or would

20       you like to continue through until noon?

21           THE COURT:  I'd like to continue.

22           MR. HOUGH:  Okay.  Thank you.

23           THE COURT:  Until-- until about

24       12 o'clock.

25           MR. HOUGH:  Thank you.

1    Q.  (BY MR. HOUGH)  And would you point to her and

2         identify her by describing where she is and

3         what she's wearing for us?

4    A.  There in the center.  She has a white blouse,

5         black hair, a gray-- a gray coat.  And she's as

6         she always was, thin.

7               MR. HOUGH:  For the record, Your

8         Honor, the witness has correctly identified the

9         Defendant.

10            THE COURT:  Yes.

11   Q.  (BY MR. HOUGH)  Thank you, sir.  Now, how long

12        were you in office?

13   A.  I was there from October 10th, 1999 through

14        October 10th of 1992.

15   Q.  '89 or '99?

16          INTERPRETER YBARRA:  '89.

17   Q.  (BY MR. HOUGH)  And didn't run for a second

18        term?

19   A.  No.

20   Q.  Okay.

21   A.  In Mexico it is not permitted to be re-elected

22        or re-election.

23   Q.  That would put a lot of people out of jobs over

24        here.

25   A.  It's barely starting.  They're starting to

1        find.  Meaning the re-election.

2    Q.  Okay.  Now, during the time period that Diana

3        Guyton worked with and in the Civil Registry,

4        would she have access to the offices, for

5        instance, on weekends?

6    A.  She always had it.  As secretary to the

7        municipal president, she had access to all.

8    Q.  And were the offices open to the public on the

9        weekends, Saturday, Sunday?

10   A.  No, only until Fridays.  There was-- there was

11       times when some North Americans would marry

12       some of the girls from Ojinaga and they didn't

13       have certificates.  In those cases, we couldn't

14       tell them until Monday.  They would look for me

15       because the girl, meaning the bride, would

16       actually know me and they would look for me and

17       we would sell them the act.

18                INTERPRETER YBARRA:  The certificate,

19       excuse me.

20   A.  We would sell them the certificate on a Sunday

21       or on the weekend.

22   Q.  (BY MR. HOUGH)  "We" being you and who else?

23   A.  When I speak of us, I'm speaking of us in the

24       institutional form.

25   Q.  Okay.

1   A.  The presidency.

2   Q.  Would the Defendant have been able then to have

3       had access to the official records as well as

4       the forms for those records during this period

5       of time that she worked for you?

6   A.  She had them, absolutely, yes.

7   Q.  Did she work for you throughout your

8       administration that ended in '92?

9   A.  No.

10   Q.  When did her tenure with you end?

11   A.  She worked-- she worked from October 10, 1999

12       (sic) until October 10th of 1990.  That would

13       have been the first year, the training year.

14   Q.  Okay.

15   A.  After October 10th of 1990, it was supposed

16       that she would continue working, but it

17       resulted that she left the municipal presidency

18       because she was going to get married.

19   Q.  When did that occur?

20   A.  It would have occurred around July or August

21       of 1991.

22   Q.  So she worked for you and had access in and

23       through the Civil Registry from at least

24       October, '89 to July, August of '91; is that

25       correct?

1    A.   Until July or August of 1991.

2    Q.   Did you go to the wedding?

3    A.   No.  She didn't invite me.

4    Q.   During the time period that she worked for you,

5        did she continue to be meticulous and details

6        oriented?

7    A.   Yes.  The certificates and-- and there was also

8        many weddings during the weekends, situations

9        where they had to go to specific residences to

10       perform these things.  They would divide them

11       up.  For example, if there was eight weddings

12       on Saturday and Sunday, she would go and she

13       would marry four and Angelita, referring to Ms.

14       Munoz, would-- would marry the others, the

15       other four.

16    Q.   So Diana Guyton through you had the authority

17       to perform marriage ceremonies?

18    A.   Yes, through me or through Professor Falcon.

19       When we couldn't go, she would go and do the

20       weddings.  She would go and perform the

21       weddings.

22    Q.   And did that require her to go into the office

23       on weekends?

24    A.   They would prepare it since Friday.  Since

25       Friday, they would take their little book

 1          with-- yes, their book with the certificates.

 2     Q.   Okay.

 3     A.   The marriage certificates.

 4     Q.   Do you recall any periods of time when the

 5          Defendant, Ms. Guyton, would volunteer to work

 6          weekends for you?

 7                    INTERPRETER YBARRA:  Did you say

 8          volunteer, counselor?

 9                    MR. HOUGH:  Yes.

10     Q.   (BY MR. HOUGH)  She would volunteer to work

11          weekends.

12     A.   Yes, it had become the custom in that area that

13          whenever the-- the other heads of the

14          government, municipal government, such as him

15          and Mr. Munoz (sic) could not marry the

16          couples, that the other people that were

17          involved in the office would do that.

18     Q.   Did that allow her, if she chose, to go into

19          the office to, for instance, obtain forms, file

20          records on weekends?

21     A.   She had free access.

22     Q.   Was there-- strike that.  Performing these

23          duties on the weekends, was it a desirous thing

24          for someone to do?

25     A.   There was other secretaries who would fight to

1      go.

2   Q. Why?

3   A. Because of their paying the fees.  In a-- in

4      a-- in a municipal presidency, you have to--

5      you have to pay the fees, the rights.  But when

6      someone wants to be wed in their home and you

7      have to go, and Diana who had to buy a new

8      dress and shoes whenever she would go and-- and

9      wed people, and Angelita as well, because they

10     would go very nicely dressed, very pretty, they

11     were young, an extra charge would be charged to

12     go and wed them.  That money would not go into

13     the municipal archives, that money was

14     personally given to those who performed the

15     wedding.

16  Q. So this could become a lucrative side business?

17  A. Yes, towards the side of the person who

18     performed the wedding.

19  Q. Okay.  And on many instances that person would

20     be this Defendant?

21  A. Yes, Diana.

22  Q. As the Defendant's employment there at the

23     Civil Registry evolved over time, did her role

24     there become bigger?

25               (THEREUPON, the interpreter

1        interpreted the question and the witness began

2        answering in Spanish).

3                        MR. HOUGH:  Did he say Gestapo?

4                        INTERPRETER YBARRA:  One minute,

5        please.  Your Honor, may I--

6                        THE COURT:  Yes, sir.

7                        INTERPRETER YBARRA:  -- talk to the

8        witness?

9                        THE COURT:  Go ahead and do what you

10       need to do.

11                       INTERPRETER YBARRA:  Because he's

12       giving me a--

13                       MR. JONES:  Detail.

14                       INTERPRETER YBARRA:  Yeah.  A saying

15       that does not translate well into English,

16       therefore, I really can't utilize that.

17       Because he's talking about a frog or a toad

18       with-- with a rock and it doesn't just

19       translate very well.

20   A.  The pay from the couple that were going to be

21       wed had to be commensurate with the person that

22       was doing the wedding.

23   Q.  (BY MR. HOUGH)  And that would-- that means

24       that if you had more experience, you were

25       better dressed, you were paid more?

1    A.    Not precisely, not because of how they were

2          dressed.  I recall one case in which she-- she

3          had to go and marry someone in a little town

4          called El Mezquita.  Over there the people are

5          humble, you charge them little.  But if it's a

6          couple that's a millionaire, then they give

7          more without any necessity for you to ask them.

8          They give more, they say, "Here, take this."

9    Q.    Would the Defendant be more apt to volunteer

10         for those types of wealthy weddings?

11   A.    Repeat it for me, please.

12   Q.    Would the Defendant be more likely to volunteer

13         or do those marriages of wealthy people?

14   A.    No, she used to take them all equally.  Of

15         whatever the condition was, she would go.

16   Q.    Okay.  Who determined who went to which one of

17         these marriage ceremonies on the weekend?

18   A.    Sometimes Professor Falcon would intervene or

19         Enrique Leyva Torres.  But many times it would

20         not be necessary because they would come to

21         agreement.

22   Q.    Okay.  Now, during the time period that she

23         worked there at the Civil Registry, the

24         Defendant I believe you indicated would have

25         been supervised, if you will, by Ms.

1       Munoz-Munoz; is that correct?

2   A.  Angelita could not supervise her, but the-- the

3       central Civil Registry from Chihuahua, the

4       capital, could.  They would come with a

5       frequency of about once a month to supervise

6       everything.

7   Q.  Okay.  And with that exception, then, the

8       Defendant would have had free reign within the

9       Civil Registry; is that correct?

10  A.  Yes, that's correct.

11  Q.  And during the time period that she was working

12      there at the Civil Registry, how would you

13      describe her involvement with that office?

14                  INTERPRETER YBARRA:  With which

15      office, counselor?

16                  MR. HOUGH:  The Civil Registry.

17  A.  The relationship that they had?

18  Q.  (BY MR. HOUGH)  Her-- her involvement, the

19      Defendant's actual involvement.  I mean, was

20      she just somebody who would show up to work or

21      was she intensely involved with the operations

22      of it?

23  A.  She was-- she would involve herself seriously.

24                  MR. HOUGH:  Did he say something

25      there that I missed?

1    A.   She involved herself totally.

2    Q.   (BY MR. HOUGH)  Okay.  Now, a person in the

3         position that she occupied within your

4         administration, it would be important that they

5         not do anything to embarrass you or your

6         administration.  Correct?

7    A.   Can you repeat that, please?

8    Q.   It was important for people that worked in your

9         administration not to do anything to embarrass

10        you or your administration.

11   A.   Clearly that's the case, because when one goes

12        into office, one goes into office with the

13        understanding of following the moral ethics of

14        the position.

15   Q.   And during her tenure working for you, did the

16        Defendant maintain that integrity of you in

17        your office?

18   A.   I had that conception at first, that that's how

19        it was, but I don't have it anymore.

20   Q.   Why is that?

21   A.   Because of what has happened, what I've seen.

22   Q.   And what specifically is he referring to?

23   A.   The acts, the falsification of the acts, the

24        double acts, the double certificates that I

25        have--

1              INTERPRETER YBARRA:  Excuse me.  When

2        I say acts, I also mean certificates.

3    A.   The certificates that I have seen, the double

4        certificates, the falsifications.

5    Q.   (BY MR. HOUGH)  And how is it that you've seen

6        those?

7    A.   Because of the things that are happening now

8        and also because I was in charge as municipal--

9        as the-- in the municipality.

10   Q.   In her official capacity in your

11       administration, would the Defendant have had

12       access to the book to change the official

13       registry of--

14   A.   She had all of the books of the-- of the Civil

15       Registry.

16   Q.   Do you have any doubt that she had access to

17       the book from 1965 and '69 relative to

18       marriages and births?

19   A.   No, because they're all there.

20              MR. HOUGH:  Judge, may we take the

21       lunch break now, please?

22              THE COURT:  Yes, that will be-- be

23       agreeable.

24              MR. HOUGH:  Thank you.

25              THE COURT:  Ladies and gentlemen,

1    let's take a recess now and we'll recess now

2    until about 1:15 and then we will come back

3    for-- for lunch, come back after lunch for

4    further testimony.

5         INTERPRETER YBARRA:  The witness

6    thanks you, Your Honor, because he needs to go

7    urinate.

8         MR. HOUGH:  Judge, he's bound to a

9    literal interpretation, so--

10        THE COURT:  All right.  Mr. Bailiff,

11   let's recess.

12        (THEREUPON, a recess was had;

13        WHEREUPON, the following proceedings

14        were held outside the presence of the

15        jury).

16        THE COURT:  All right.  Let the

17   record disclose that we're meeting in the

18   courtroom, the jury is not present.  We have

19   one little problem I would like to speak to,

20   and that is that-- and I'm not sure whether

21   this happened or I'm not sure what-- what did

22   happen, but I need to make an admonishment

23   here.

24        The Court has been informed by counsel

25   for the Government that the Defendant followed

1    the witness out of the courtroom at the lunch

2    break and may have made critical comments to

3    the witness.  I must admonish the Defendant not

4    to speak to witnesses for the Government

5    without their permission during the course of

6    this trial and not to speak to any witnesses

7    regarding prior events or testimony in the

8    courtroom in accordance with the sequestration

9    rule.  I further ask Defendant's attorney to

10    assist the Court in making clear that this does

11    not happen again.

12        Now, Mr. Jones, I do not know whether

13    this happened or not, I've had-- had this

14    notice that it did happen.  But let's just be

15    very careful about this because we're not-- not

16    to speak to anyone or-- or that's a-- a bad

17    problem.

18          MR. JONES:  It is-- it would be a bad

19    problem.  I-- I happened to accompany her out--

20    out of the courtroom at the same time that she

21    was walking out, and I think she walked out

22    behind the professor or the-- the ex-mayor.

23    And we were talking and I'm not sure what he

24    heard, but she-- she didn't say anything to

25    him.

1          MR. HOUGH:  Judge, I can tell you

2     unequivocally she made comments to the man.

3     Mr. Jones was substantially behind her, I was

4     between them, and the mayor will confirm that

5     in his testimony in a moment.

6          THE COURT:  All right.  Well, I don't

7     know whether it happened or not, but if it did,

8     let's not have anything like this happen again.

9     And-- and whether or not it happened, the

10    admonishment is good for both sides, so there's

11    no problem there.  All right.  I think we're

12    ready to bring the jury in then.

13          (THEREUPON, the following

14             proceedings were held in the presence of

15             the jury).

16          THE COURT:  All right.  The jury is

17    all present and you may be seated.  Mr. Hough,

18    you may continue with your interrogation.

19          MR. HOUGH:  Thank you.

20          INTERPRETER YBARRA:  One minute,

21    counselor, please.  We're trying to get these

22    names spelled correctly so we can get them to

23    the stenographer.

24          MR. HOUGH:  May I, Judge?

25          THE COURT:  Yes, sir.

1    Q.  (BY MR. HOUGH)  Sir, at the lunch recess today,

2        were you approached by the Defendant?

3    A.  She walked close to me.

4    Q.  Did she make a comment to you, sir?

5    A.  Yes, sir.

6    Q.  Did you solicit that comment?

7    A.  Repeat the question, please.

8    Q.  Did you speak first, did you ask her to talk to

9        you?

10   A.  Since I've come here, I've never talked to her.

11   Q.  What was it that she said to you outside this

12       courtroom?

13   A.  It was an insult.

14   Q.  Tell us what she said.

15   A.  What do the toads eat that they spit out such

16       lies.  Once again, what do the toads eat that

17       they spit out such lies.

18   Q.  And what did that mean to you, sir?

19   A.  This to me gives me the conception that she

20       thinks that I'm here telling-- saying nothing

21       but lies.

22   Q.  Have you been given anything for your

23       testimony, sir?

24   A.  Absolutely not, nothing.

25   Q.  And your understanding of why she would have

1   said such a thing?

2 A. Why did she tell me that?

3 Q. Why did she say that?

4 A. Right now I believe she finds herself in the

5   seat-- in the seat-- right now I think she

6   finds herself in the seat of the accused and

7   where I find myself in the seat giving

8   testimony.

9 Q. What does that mean?

10 A. It's not me who is here saying those lies or

11   for those lies.  In my experience during that

12   time, I'm not the one that has said-- that is

13   saying the lies.

14 Q. Who is?

15 A. Diana.

16 Q. Sir, have there been any other attempts to

17   influence your testimony or your coming here to

18   give testimony?

19     INTERPRETER YBARRA:  I'm sorry,

20   counsel, in which what?

21 Q. (BY MR. HOUGH)  Any attempts to influence your

22   testimony or to influence your coming here to

23   give testimony.

24 A. Here in this city?  No.

25 Q. In another city?

1    A.   Yes.

2    Q.   When?

3    A.   In Ojinaga I have a private phone, because my

4        wife, my woman, is very sick.  She cannot

5        answer the phone.  Regardless of the fact that

6        my phone is private, I-- I only give it to my

7        immediate family, my sons and my friends.  From

8        this city I got a call from Diana's lawyer.

9    Q.   Did you take that call?

10   A.   No, other people took-- took it, took the call,

11       I wasn't there.

12   Q.   Did you return the call?

13   A.   Absolutely, because I got very angry.  I

14       absolutely answered nothing.  Because it-- it

15       angers one having a private phone and whose

16       number is only-- only-- has only been given or

17       is only in possession of my family and my

18       friends, it's absurd to me and contradictory

19       that someone-- that someone that I don't know

20       like Diana's attorney has my number.  That's

21       why I didn't return the call.  Furthermore, I

22       as a citizen in plain exercise of my rights, I

23       can decide which call to take and which not to

24       take.

25   Q.   Had anything happened unusual that would cause

1      you to think that Mr. Jones' call would be an

2      attempt to influence you?

3  A.  Something has happened.

4  Q.  Describe that for us.

5  A.  In Ojinaga it's a small town, we're all

6      friends, we know each other.  Angelita Munoz

7      was coming here as a-- as a witness over here.

8      Regardless, at the very time, talking to a

9      family member--

10          MR. JONES:  Your Honor, I'm going to

11      object to hearsay.

12          MR. HOUGH:  Judge, we're not offering

13      it for the truth of the matter asserted, but to

14      show why he didn't take this call and why he

15      acted in the manner he did.

16          THE COURT:  Well, overruled.  Go

17      ahead.

18          INTERPRETER YBARRA:  Could you repeat

19      the question?

20          THE COURT:  Let's not spend too much

21      more time on this.

22          MR. HOUGH:  Thank you.

23  Q.  (BY MR. HOUGH)  Ms. Munoz was coming to

24      testify, at the last minute did not, and that

25      influenced your decision not to return this

1      call why?

2  A.  That's how I supposed it to be.

3  Q.  My point is, what was it about that that caused

4      you not to want to return the call?

5  A.  They called again.

6  Q.  And what had happened to Ms. Munoz that made

7      you not want to speak to these people?

8  A.  Nothing, nothing at all, other than a family--

9      a family of Mrs. Munoz', she commented to me

10      that Diana had called her and told her not to

11      come.

12  Q.  Now, was that the last thing done in an

13      attempt, to your knowledge, to influence your

14      coming here and give testimony?

15  A.  No, there was another-- there was another

16      situation which I supposed that had correlation

17      with the same case.

18  Q.  Could you describe it, please?

19  A.  One family with a pretext of the birthday of

20      one of their sons.

21  Q.  Continue, please.

22  A.  They invited me to go eat.

23  Q.  Did you know them well enough to have been in

24      their house prior to that?

25  A.  Yes, I knew them because when I was governing

|     |    |                                                      |
| --- | -- | ---------------------------------------------------- |
| 1   |    | in Ojinaga, they arrived there from a ranch.         |
| 2   | Q. | Had he been in their home before?                    |
| 3   | A. | In one occasion.                                     |
| 4   | Q. | What was unusual about them inviting him to          |
| 5   |    | this occasion?                                       |
| 6   | A. | At first it was because of the child's-- other       |
| 7   |    | child's birthday, I saw that-- I saw that to be      |
| 8   |    | natural.  But the following Sunday, they asked       |
| 9   |    | me to come over and eat again with a motive          |
| 10  |    | to-- to give festivity to one of their               |
| 11  |    | daughters.  I also did not accept.                   |
| 12  | Q. | So he did not accept either of those two             |
| 13  |    | offers?                                              |
| 14  | A. | Neither one, absolutely not.                         |
| 15  | Q. | Why?                                                 |
| 16  | A. | Because for me, sincerely, I would rather go         |
| 17  |    | and see my wife who is-- who is with ill             |
| 18  |    | health.  But in commenting with my wife about        |
| 19  |    | that, she told me go.  If they ask you again,        |
| 20  |    | go.  Therefore, there was an invitation again        |
| 21  |    | and I went to eat with them.                         |
| 22  | Q. | And how long after this second one in                |
| 23  |    | consecutive weeks was the third?                     |
| 24  | A. | One week, one week, one week apart.                  |
| 25  | Q. | And about when in time was this in relationship      |

1      to this trial?

2   A. Precisely after the times that I received the

3      calls from them.

4   Q. Okay.  And did you at the-- what happened the

5      third time when you accepted?

6   A. The third time we went to eat, we went to eat,

7      we ate goat well-cooked with tortillas made of

8      corn.  And roasted goat with also tortillas

9      made of flour as well.

10  Q. Is this a delicacy?

11              INTERPRETER YBARRA:  Can you-- can

12     counselor use another word other than delicacy,

13     the witness doesn't understand the word.

14     Perhaps the interpreter is also not

15     interpreting it correctly.

16  Q. (BY MR. HOUGH) Good food, good food, up-scale?

17     Good food, up-scale?

18  A. Regional, typically regional.  That's what we

19     use the most in Ojinaga.

20  Q. Okay.  Thank you.  And during the meal, after

21     the meal, what unusual occurrence happened?

22  A. During the-- the meal, we contemplated things

23     that were unimportant and it seemed rare or

24     strange to me that all of them one-by-one

25     started to retire, to go to sleep.  Then the

```
1          lady of the house stayed there and she was very
2          direct, immediately she asked me, she said,
3          "Hey Profe, are you going to go to the trial of
4          Diana?"
5                    INTERPRETER YBARRA:  Profe for the
6          sake of clarity is a short term to indicate
7          professor.
8     A.   I answered her that I was.  She told me, "You
9          should think about it very carefully before
10         going."  "Why," I told her.  "Because," she
11         told me, "you can compromise yourself."  I
12         asked her, "In what can I compromise myself
13         in?"  And she told me, "One never knows.  Have
14         you not thought that Diana might have family
15         that is in-- in a bad state and that she might
16         take vengeance upon you?"  I told her-- I
17         answered her, "Look, I'm already old, I don't
18         have a right kidney, I have a small piece of
19         the left.  In accordance with the-- the
20         specialist doctor, my days are numbered.
21         Therefore, I have absolutely no fear.
22         Furthermore, all I'm going to do is tell the
23         truth."
24    Q.   Had anything like this ever happened to him
25         before now?
```

1    A.  No, never.

2    Q.  Back to the Civil Registry.

3    A.  Yes.

4    Q.  When a record was made during your

5        administration of a birth or a marriage or a

6        death, whatever, was just one record made and

7        kept in Ojinaga or was there a second identical

8        one made and kept in Chihuahua?

9    A.  Exactly.

10   Q.  And those were made, two copies, same record at

11       the same time?

12   A.  They have to be made at the same time.

13   Q.  Okay.  How are they made?

14   A.  During those times back then, they were made by

15       hand.

16   Q.  Okay.  And are they maintained in a book, two

17       separate books?

18   A.  Yes, the one in Chihuahua and the one in

19       Ojinaga.

20   Q.  So there is an-- an official record at the

21       community where it occurs and a duplicate

22       identical record kept at the state capital in

23       Chihuahua?

24   A.  Yes, what they call-- what is called in

25       Chihuahua as a central registry.

1    Q.   Okay.  Thank you.  During your administration,

2         if a citizen of Ojinaga were to walk into the

3         Civil Registry and ask for that official book,

4         would they be given it?

5    A.   No, because immediately upon coming to the

6         Civil Registry, there is an immediate table or

7         desk area and that signifies a line of division

8         that one is for the public and one is for the

9         staff.  And from the counter further in, it's

10        indicated that that's the space of the Civil

11        Registry and the staff thereof.  This prevents

12        so that the registry or the books of the

13        registry be handled or manipulated by the

14        public.

15   Q.   Okay.  It prevents any type of compromise of

16        the official record?

17   A.   Yes.

18   Q.   Now, if-- I'm sorry.

19   A.   The public has no reason to be able to handle

20        it.  They are kept there so that the-- the

21        interests of the people involved can be

22        protected of the registry there.

23   Q.   If a citizen of Ojinaga--

24             INTERPRETER YBARRA:  Excuse me, I'm--

25        I missed the word that he said.

1   A.  To protect the confidentiality of the record

2       there.

3   Q.  (BY MR. HOUGH)  If a citizen of Ojinaga wanted

4       to see that official record, how would they be

5       able to do that, if at all?

6   A.  First of all, one has to apply for, solicit it.

7       The secretary would-- would hand-spring the

8       book and would allow the person who made the

9       request to see the book, but supervised by her.

10   Q.  Is the book allowed to leave the premises?

11   A.  No, no one should-- should take them.

12   Q.  Can anyone other than an employee of the

13       registry view the book alone?

14   A.  No.  If it's not with the supervision of the

15       staff there, no one can consult them.

16   Q.  Tell him I would like to ask him now about the

17       role of his office beyond just the Civil

18       Registry.  Did providing the citizens with a

19       service such as street lights happen?

20   A.  We had that mission.

21   Q.  Okay.  And let me show him what's been caused

22       to be marked Government's Exhibit 23.  Take a

23       moment and look at that, if you would, please.

24       Do you recognize that photograph, sir?

25   A.  I don't know where they might have taken it,

1         but I know all of the people that are indicated

2         there or that are there.

3   Q.   Do you see some street lights in that picture?

4   A.   Yes, I see some lamps there and I see some of

5         my colaboradors.

6   Q.   What does he mean by colaboradors?

7   A.   That the people who used to work with me are

8         pictured here.

9   Q.   Okay.  And are you pictured there?

10   A.   Yes, I'm on the right.

11   Q.   And is the Defendant pictured there?

12   A.   Yes, she's here in this photo as well, this

13         photo as far as I'm-- that I'm recognizing.

14         This person with the ball cap is-- she is from

15         a place called Mulato over there by valle

16         nuevo, meaning new valley.  And there we're

17         seeing a distribution of lamps for that

18         community.

19   Q.   Okay.

20   A.   Also here on one side of Diana, Marie Elena

21         Armendariz-Carrasco.  A-R-M-E-N-- once again

22         Armendariz, A-R-M-E-N-D-A-R-I-Z.  Carrasco

23         spelled C-A-R-R-A-S-C-O.  She was the secretary

24         of rural development in the municipal

25         presidency.  This dependency being the-- the

1  rural development position to be in charge of

2  all of the surrounding ranches, the farmers,

3  the agricultural people, this woman was in

4  charge of all-- everything that was related to

5  the rural areas, to the ranches of the

6  surrounding vicinity.

7 Q. Does he recall the event where that picture was

8  taken?

9 A. It's a-- I remember, it's a region where we

10  were going around in the region of Mulato.

11 Q. And doing what?

12    INTERPRETER YBARRA:  The place Mulato

13  is spelled M-U-L-A-T-O.

14 A. Distributing the lamps because they had

15  requested them through Marie Elena.

16 Q. (BY MR. HOUGH)  Is everyone pictured in there a

17  member of his administration at that time?

18 A. Yes, I'll mention them to you.

19 Q. Okay.  Let--

20    MR. HOUGH:  First, Judge, we would

21  offer the photo, Exhibit 23.

22    MR. JONES:  Objection, relevancy.

23    THE COURT:  They will be admitted.

24    MR. HOUGH:  Thank you.  May I

25  publish?

```
 1                    THE COURT:  Yes, you may.

 2                    MR. HOUGH:  Judge, I don't know how

 3          well this is going to work on this.  Is there a

 4          way to stop the glare?

 5                    (THEREUPON, Mr. Hough and the

 6          courtroom deputy have a discussion outside of

 7          the hearing of the reporter).

 8     Q.   (BY MR. HOUGH)  Sir, does that appear clearly

 9          on your screen?

10     A.   If I can see it clearly?

11     Q.   Yes, sir.

12     A.   Yes, I can see it clearly.

13     Q.   Who is this gentleman here?

14     A.   Where the-- where the arrow is?

15     Q.   Green arrow.

16     A.   That's me.

17     Q.   Okay.

18     A.   Jose Jesus Rodriguez-Benitez.

19     Q.   And behind you would-- immediately behind you

20          in the photo with the blue hat?

21     A.   The secretary of-- the municipal secretary.

22     Q.   And his name was what?

23     A.   It's Professor Pedro, P-E-D-R-O, Falcon,

24          F-A-L-C-O-N, Salinas, S-A-L-I-N-A-S.

25     Q.   Okay.
```

1   A.  S-A-L-I-N--N-A-S.  He was the one that would

2       sign the certificates of birth.

3   Q.  And next to him here at that green arrow, that

4       individual would be who?

5   A.  He was my major official of the government--

6                INTERPRETER YBARRA:  Or my main

7       instead of major official of the government,

8       excuse me.

9   Q.  (BY MR. HOUGH)  That individual at the green

10      arrow would be whom?

11   A.  Where is the green arrow?  It's Professor Jose

12      Tobias Guitierrez.

13             INTERPRETER YBARRA:  That is

14      Professor Jose, J-O-S-E, Tobias, T-O-B-I-A-S,

15      Guitierrez, G-U-I-T-I-E-R-R-E-Z, Samaniego,

16      S-M-A-N-I-E-G-O (sic).

17   Q.  (BY MR. HOUGH)  And for the record, he would be

18      the fourth person from the right in the

19      photograph.  Correct?

20   A.  Is that the same one where the arrow is?

21   Q.  Yes, sir.  He would be the one, two, three,

22      fourth person from the right in the picture?

23   A.  That's correct, that is the fourth.

24   Q.  Okay.  And then the fifth person from the right

25      in the photo, that gentleman there at the green

```
 1        arrow would be whom?

 2   A.   Well, is it possible you can make it a little

 3        bit clearer?  It's a little bit dark in here, I

 4        can't perceive it.

 5                 INTERPRETER YBARRA:  Counselor, could

 6        you remove the arrow a little bit so that the

 7        facial features are more evident?  Thank you.

 8   Q.   (BY MR. HOUGH)  Do you recognize that

 9        individual?

10   A.   I know him.

11   Q.   Okay.  Was he also in a member of your-- your

12        administrative group?

13   A.   He would manage my relations with the sports

14        teachers.

15   Q.   Next to him is a woman whose face is turned and

16        she has something in her hand.  Do you

17        recognize her?

18   A.   Yes, she is a woman who was very active from a

19        community called Palomas, P-A-L-O-M-A-S.  She

20        was always involved in politics.

21   Q.   Next to her is a woman in a white shirt right

22        there.  Do you see her?

23   A.   Yes.  Yes, that's Maria Elena Armendariz,

24        A-R-M-E-N-D-A-- D-A-R-I-Z, Carrasco.

25        C-A-R-R-A-S-C-O.  Yes, she-- she used to
```

1    manage, as I previously said, she used to

2    manage the rural development section.  She had

3    the obligation to go there, Diana didn't have

4    any reason to go there, but I imagine that the

5    invitation to go there, Marie Elena might have

6    made-- or excuse me, Marie Elena made it

7    because they were very good friends, are very

8    good friends.

9  Q.  Marie Elena is this woman here?

10 A.  Yes, that's Marie Elena.

11 Q.  And is the Defendant, Diana Guyton, shown in

12     this photograph?

13 A.  Yes, she's the one in black.

14 Q.  The one in black here?

15 A.  Yes, her.

16 Q.  And who is the man standing behind her?

17 A.  Behind her is Roberto Leyva Aguilar, he was my

18     manager of publicity.  Roberto, R-O-B-E-R-T-O,

19     L-E-Y-V-A, A-G-U-I-L-A-R.

20 Q.  And next to the Defendant is a woman in a white

21     shirt here.

22 A.  It's a-- it's a young woman whose name I don't

23     recall exactly.  We called her Peti, P-E-T-I.

24     And she was psychologist, a psychologist for

25     the presidency.

1   Q.  And next to her is a man in a blue and white

2       hat?

3   A.  He is Pedro, P-E-D-R-O, Franco, F-R-A-N-C-O.

4   Q.  And what was his role?

5   A.  He is one of the leaders of the community of

6       the rural areas.

7   Q.  Okay.

8              MR. HOUGH:  Thank you, sir.  I have

9       no further questions.  Does he need a break or

10      is he okay?

11             INTERPRETER YBARRA:  Yes.  Yes, he

12      does.

13             MR. HOUGH:  Your Honor, the witness

14      has asked to have a brief recess.

15             THE COURT:  All right.  Ladies and

16      gentlemen, let's take a ten-minute break and

17      then we'll come back.

18             INTERPRETER YBARRA:  Your Honor, the

19      witness states that he needs to take some

20      medication.

21             THE COURT:  All right.  He may-- he

22      may go and-- let's take a 15-minute break and

23      he may come back when he's ready.  Mr. Bailiff.

24          (THEREUPON, a recess was had).

25             THE COURT:  All right.  Mr. Jones,

1      you may cross-examine.

2                    MR. JONES:  Thank you, Your Honor.

3                         CROSS EXAMINATION

4      BY MR. JONES:

5  Q.  I need to clarify something from you,

6      Professor.  You said that there was a family of

7      somebody who was inviting you to dinner.  At--

8      whose family were you talking about?

9  A.  They're a family-- they're a family by the name

10     of Carrasco, C-A-R-R-A-- once again,

11     C-A-R-R-A-S-C-O.

12                    INTERPRETER YBARRA:  I was asking Mr.

13     Benitez if it was an "S" or "C" because

14     sometimes they're interchangable.

15                    MR. JONES:  Actually, you asked him

16     if it was an "S" or a "Z".

17                    INTERPRETER YBARRA:  I asked him if

18     it was a "C", he said it was an "S".

19                    MR. JONES:  Okay.  You didn't say

20     zeta?

21                    INTERPRETER YBARRA:  I didn't.

22                    MR. JONES:  Didn't you say zeta?

23                    INTERPRETER YBARRA:  I did.  I

24     thought I did.  Z, zeta, yes.

25  Q.  (BY MR. JONES)  All right.  Are you saying that

1      that-- that that family had something to do

2      with Diana's family?

3   A.  That I didn't say. I said I supposed, I

4      supposed that there was a relationship.

5   Q.  Okay. Now, what-- what departments were there

6      in the city when you took over as mayor?

7   A.  Well, there was the municipal treasury.

8   Q.  Okay.

9   A.  The secretary-- the municipal secretarial.

10   Q.  Okay.

11   A.  The large or major officiality.

12           INTERPRETER YBARRA: Your Honor, may

13      I ask the witness as to a clarification of this

14      department that he just mentioned?

15           THE COURT: Yes, sir.

16   A.  This department is in charge of the

17      measurements and the construction and how long

18      the houses have been there in the surrounding

19      vicinity.

20   Q.  (BY MR. JONES) That was a major office?

21   A.  He was a director.

22           INTERPRETER YBARRA: And, Your Honor,

23      you'll have to excuse me, but I have to look up

24      these words, because I have no idea what they

25      are. May I do that?

1           THE COURT:  Just do what you need to

2      do.

3           INTERPRETER YBARRA:  Thank you, sir.

4      Your Honor, there are no words to signify the

5      exact translation of this department that the

6      witness is referring to.  May I just give an

7      explanation as to what their functions were?

8           THE COURT:  That would be fine.

9           INTERPRETER YBARRA:  Thank you.

10  A.  Let's see if we can be more explicit.  In the

11      city of Ojinaga, in the urban zone around

12      Ojinaga there exists around 10,000 houses and

13      4,000 in the rural zone.  Therefore, this

14      department that we could not find a translation

15      for qualifies as to the size of the property

16      and coincides with the material that they're

17      constructed from.  They qualify them, they

18      qualify them, they-- they qualify the value of

19      a house.  As an example, the people in the

20      rural zones do not pay the same taxes as the

21      urban zone because in the urban zones, some of

22      the-- some of the residences, they're very

23      elegant and they're very large.  So this

24      department tells them how much they're going to

25      pay in taxes.

1    Q.  (BY MR. JONES)  Had-- had he mentioned all of

2         the different-- have you mentioned all the

3         different departments?

4    A.  Can I go back and can you give me what I've

5         given you so that I can see how-- what I have

6         left to tell you?

7    Q.  Well, let me see, you have a livestock

8         department?

9                  INTERPRETER YBARRA:  I'm sorry?

10    Q.  (BY MR. JONES)  Do you have a livestock

11         department?

12    A.  There's a department in the same treasury that

13         they treat or deal with cattle.

14    Q.  Okay.  And you have the rural development?

15    A.  That's the one that Marie Elena manages.

16    Q.  Okay.  And then you had-- had Registro Civil

17         that Pedro Falcon managed?

18    A.  Managed, yes.

19    Q.  And then you had the secretariat?

20    A.  Yes, yes, the municipal secretary.

21    Q.  Was that the same person that did the Registro

22         Civil?

23    A.  In who?

24    Q.  The municipal secretary.

25    A.  Yes, they were the same.

```
 1    Q.   And you had treasury and the engineer's office?

 2    A.   The treasury is a part and the department of

 3         engineering is a part.

 4    Q.   So those are two departments of the city that--

 5         but they're separate?

 6    A.   Yes, they're in the same place in the

 7         president, but they have their cubicles apart.

 8    Q.   And then there was an office that he called the

 9         officiality mayor?

10    A.   Yes.

11    Q.   Okay.

12    A.   Major officiality.

13    Q.   And then the one that we couldn't-- we couldn't

14         find a translation for, the-- the one where

15         they-- where they qualify the-- the values of

16         the houses according to urban zones versus

17         rural zones.

18    A.   That would be--

19              INTERPRETER YBARRA:  And I have to

20         give it to you in Spanish, counselor.

21              MR. JONES:  That's fine.

22    A.   That would be the department of predial,

23         P-R-E-D-I-A-L, e Catastro, C-A-T-A-S-T-R-O.

24         The department of engineering, I don't know if

25         I told you that.
```

1   Q.  (BY MR. JONES)  Thank you.

2   A.  I-- I have one left.

3   Q.  Go ahead.

4   A.  The department of public hours.  Another, the--

5       the department of public services-- of public

6       municipal services, excuse me.

7   Q.  And with respect to all those departments, how

8       many employees did the-- the municipial of

9       Ojinaga have when you took over office?

10  A.  I ended up employing 80.

11  Q.  And-- and being that this is a-- a political

12      appointment, usually every time a new president

13      or mayor comes into the office, all of the

14      employees are, in essence, fired and new ones

15      brought on; is that correct?

16              INTERPRETER YBARRA:  Of the previous

17      administration?

18              MR. JONES:  Si.

19  A.  What do you mean?

20  Q.  (BY MR. JONES)  Des pedidos.

21              INTERPRETER YBARRA:  Son des pedidos.

22              MR. JONES:  Des pedidos.

23              INTERPRETER YBARRA:  Des pedidos.

24              MR. HOUGH:  Judge, we'll object to

25      counsel speaking in Spanish.  Neither I nor

1          most of the members of the jury understand--

2          understand that and there's no interpretation

3          for counsel speaking Spanish.

4                    THE COURT:  Well, yes, let's let the

5          interpreter do it.

6                    MR. JONES:  Okay.

7     Q.  (BY MR. JONES)  And-- when I say fired-- okay.

8                    INTERPRETER YBARRA:  May I?

9                    MR. JONES:  Okay.

10    A.  In every-- in every presidency there are

11         employees of base, there's employees there who

12         have 10, 15, 20 years, and those cannot be

13         fired.  If there's any necessity to fire them

14         or let them go, you have to pay them in

15         accordance with the law.

16    Q.  (BY MR. JONES)  And how many does a new-- how

17         many were you as a new president allowed to--

18         to fire and-- and bring on your own people?

19    A.  The plant of colaboradors.  The plant of

20         colaboradors has to be changed in accordance

21         with the municipal president, but those--

22         they're not employees of base, they're

23         employees of confidentiality, of trust.

24    Q.  Right.  And how many of those employees were

25         there when you took over office?

1   A.   None.  They were all new.

2   Q.   Right.  But how many?

3   A.   Each one of the secretarials that I told you.

4   Q.   Okay.  So nobody other than-- than those

5        department heads are-- are the type of

6        employees that-- that are employees-- are

7        trusted employees?

8   A.   No.  Trust, yes.  The ones that went--

9   Q.   Yeah.

10  A.   -- that left?

11  Q.   Let me-- let me back up.  When you took office,

12       how many-- or is there any-- are there any

13       employees other than the department heads that

14       the mayor gets rid of just because he needs new

15       some people?

16                INTERPRETER YBARRA:  Am I directing

17       that correct?

18                MR. JONES:  Yeah.

19  A.   Let's just say that when I arrived, the base

20       employees, only about ten left.

21  Q.   (BY MR. JONES)  Of the base employees?

22  A.   Yes, of the base.

23  Q.   So-- so you had-- had input in hiring ten new

24       base employees plus the people who were at the

25       top level?

1           INTERPRETER YBARRA:  And I'm sorry,

2      what was the last part of your question?

3           MR. JONES:  He was going to replace

4      the ten department heads or however many

5      department heads there are, plus the ten base

6      employees?

7   A.  That's what I'm telling you, that happens in

8      all the municipal governments, and that happens

9      in all the governments of the world.  The

10     people who were heads in one government, it is

11     their-- their custom that without putting

12     pressure on them, they leave their post.  So

13     that the next municipal president that comes

14     forth or the governor of a state comes forth,

15     name his people of trust.

16  Q.  (BY MR. JONES)  Okay.  You-- you say that you

17     were a member of-- of the partido

18     revolucionario institucional; is that right?

19  A.  Yes.  Since 1953.

20  Q.  And-- and PRI for probably 65 years, PRI is--

21     is the-- is how they call the partido

22     revolucionario institucional, that's how they

23     call it for short.  Right?

24  A.  That's correct.

25  Q.  And for-- for 65 years, PRI always won the

         1          presidency in Mexico; is that correct?

         2     A.   That's correct.  Excuse me, that's not correct.

         3          It's 71 years.

         4     Q.   Okay.  My fault.  Does PRI still win the

         5          election in Ojinaga?

         6     A.   Lately they've lost the presidency four times,

         7          but they ended up recuperating it or regaining

         8          it.

         9     Q.   It was-- so those 71 years were like from--

        10          from 2000 back, PRI had won the presidency; is

        11          that correct?

        12     A.   Exactly.

        13     Q.   Okay.  What-- what-- how are you known

        14          professionally, how do people address you

        15          professionally?

        16     A.   Professor Benitez.

        17     Q.   And when did you start using-- start being

        18          known by Benitez instead of Rodriguez?

        19     A.   When I was in secondary, we had as a teacher

        20          one of the most famous professors there's ever

        21          been in Ojinaga, famous because of their

        22          preparation, meaning their schooling, famous

        23          because of the labor or the-- the educational

        24          labor that they made or contributed to the

        25          point that-- or to the grade that he is called

1       The Father of Education in Ojinaga.  He founded

2       the first elemental school in the year of 1931.

3       He founded the second-- the first secondary

4       school in 1947.  In 1953 he founded the school

5       called nocturnal-- normal nocturnal.  And of

6       actions indirectly contributed to him in 1966,

7       he founded the first-- founded the first

8       preparatory school.  That in these moments they

9       have anywhere from 500 to 700 alumni.

10          That teacher, our teacher, he always used

11      to call his students by the last name most

12      phonetically sounded.  And thanks to that, he

13      called me Benitez.  And since then, my brothers

14      would arrive.  He had already died, but

15      disciples of his called me Benitez.  My sons

16      would arrive, my grandchildren would arrive and

17      they would call me Benitez.

18  Q.  So do you call your-- your sons Benitez?

19  A.  No, I call them by their name.

20  Q.  No, but-- but I'm saying you have a son by the

21      name of Xuactemoc?

22              MR. HOUGH:  Judge, we'll object to

23      this.  This is irrelevant and immaterial.

24              THE COURT:  Well, it's

25      cross-examination and-- overruled, you may go

1    ahead.

2    Q.  (BY MR. JONES)  You have a son named Xuactemoc?

3    A.  I have a son whose name is Xuactemoc.

4    Q.  And does he go by Xuactemoc Benitez or

5        Rodriguez?

6    A.  Him, sometimes his friends call him Benitez,

7        some friends.

8    Q.  On-- on his birth certificate did you put

9        Rodriguez or-- what's your wife's last name?

10                   MR. HOUGH:  Judge, we'll object.

11       This is clearly irrelevant.  This man's wife's

12       name, this man's kid's name have no bearing

13       whatsoever in this courtroom in this trial.

14                   MR. JONES:  I'm not going to dwell on

15       this, Your Honor, I just have one little point

16       I'm trying to get to.

17                   THE COURT:  Well, try to get to it,

18       please.

19   Q.  (BY MR. JONES)  Okay.  What is the last name of

20       your wife?

21   A.  Gonzales.

22   Q.  And on the birth certificate of Xuactemoc, does

23       he have Rodriguez-Gonzales or does he have

24       Benitez-Gonzales?

25                   INTERPRETER YBARRA:  Excuse me one

1      moment.  Again, counsel.

2            MR. JONES:  I asked

3      Rodriguez-Gonzales or Benitez-Gonzales.

4            INTERPRETER YBARRA:  Excuse me.

5  A.  Rodriguez-Gonzales.

6  Q.  (BY MR. JONES)  Okay.  And-- and that's because

7      they usually use the first last name of the

8      father and the first last name of the mother;

9      is that correct?

10  A.  In Mexico, yes.

11  Q.  Okay.  How many elementary schools did you

12      teach in, sir?

13  A.  I was a teacher in the school named Benito

14      Juarez, No. 408.

15            INTERPRETER YBARRA:  I'm sorry, 4018.

16  A.  From Canada Ancha.

17            INTERPRETER YBARRA:  One minute,

18      counselor.  Benito Juarez spelled B-E-N-I-T-O.

19      Canada is the name of the city that this school

20      was from.  Canada, C-A-N-A-D-A.  Ancha

21      A-N-C-H-A.

22  Q.  (BY MR. JONES)  What-- what other elementary

23      schools?

24  A.  I still have some.

25  Q.  Please.

1    A.   I was also-- I also taught or I worked in the

2          school called Plan, Chihuahua.  P-L-A-N,

3          Chihuahua.  Chihuahua, C-H-I-H-U-A-H-U-A, No.

4          100-- 700-- 764, excuse me, of the colony

5          Progreso, P-R-O-G-R-E-S-O.

6    Q.   And I know you have more and-- and-- but when

7          you first said it to-- to Mr. Hough, you didn't

8          mention Plan, Chihuahua, and I just wanted to

9          make sure that you remembered that you-- you

10         worked there.

11   A.   Yes, the ones mentioned, also.  I mentioned the

12         superior ones and these are the elementaries.

13   Q.   Okay.  I-- I just didn't hear Plan, Chihuahua

14         and so that's why I asked.

15   A.   Now you have it.

16   Q.   Okay.  All right.  When did you teach at-- at

17         Plan, Chihuahua?  What?  What?  No, what did he

18         teach?

19   A.   I gave their-- I was teacher of social

20         sciences, fourth, fifth and sixth grades.

21   Q.   And what-- and what year were you teaching

22         there?

23   A.   I started there in September 9, 1962.

24   Q.   And how many years did you teach there?

25   A.   I was there, a teacher in that school for

1      24 years.

2  Q.  Did-- did you ever have a-- have a student

3      there by the name of Diana Velia Guyton?

4             INTERPRETER YBARRA:  Second name?

5  Q.  (BY MR. JONES)  Diana Velia Guyton-Chavira.

6  A.  No.

7  Q.  Do you remember all your students?

8  A.  I'm going to tell you something.  I have made

9      calculations as to how many-- how many students

10     I had, how many students I had working in the

11     evening at night and in the morning, and at

12     night, and I've calculated that I've had around

13     5,000 students.  And I remember the ones very

14     well of the ones that are in Mexico because I

15     still see them often or frequently.  But the

16     ones that are in the United States, I sometimes

17     don't remember them because sometimes they come

18     in wearing boots, dark beards, they come and

19     greet me and they ask me who am I, and now they

20     have to help me to remember.  That's why

21     sometimes I don't remember them.

22  Q.  Sir, you-- you've indicated that-- that you--

23     that you received some messages that I had

24     called your house; is that correct?

25  A.  Yes.

1  Q.  You have-- you have received calls from-- from

2      the special agents of the-- of the Homeland

3      Security, had you not?

4  A.  There, no.

5  Q.  You-- you never received calls from-- from the

6      officers from the Homeland Security?

7              INTERPRETER YBARRA:  Indicating this

8      country.

9  A.  No.  What I received was an invitation to go to

10     American Immigration.

11 Q.  (BY MR. JONES)  And who did you receive that

12     invitation from?

13 A.  It was-- it was three people.  I'm very bad

14     with English, I always flunked it.

15 Q.  And where-- where did they find you to make

16     that invitation?

17             INTERPRETER YBARRA:  I'm sorry?

18 Q.  (BY MR. JONES)  Where did the three agents find

19     you to make that invitation?

20 A.  They found me through a young man that works

21     through the municipal presidency.

22 Q.  Where did they find you?

23 A.  Him?  In the presidency I ran into him and he

24     told me that they were looking for me.

25 Q.  Okay.  So did you ever see the three people who

1    came looking for you?

2  A.  At first suddenly, no.  Until he repeated the

3      invitation to me and I went.

4  Q.  So you got-- you got an invitation from some

5      Americans?

6  A.  First from the person who lives in Marfa,

7      M-A-R-F-A.  In Marfa, yes, in Marfa is where he

8      works.  Oh, he's here legally.  Marfa, and

9      that's in Marfa, Texas.

10  Q.  Right.  So-- so was he one of the-- one of the

11      special agents that came to see you?

12  A.  I went to see them at Immigration.

13  Q.  Okay.  And what-- what date was it that you

14      went to see them?

15  A.  I can't precisely give you the date, but I--

16      let's say that it's been about two months ago.

17  Q.  Okay.  Did you go by yourself or with someone?

18  A.  I was accompanied by another one of the

19      witnesses who has come forth or to say that

20      he's the owner of the newspaper where I work.

21  Q.  Okay.  And so-- so-- and when you went-- when

22      you went to the office of the immigration

23      officials, what happened there?

24  A.  They told me about the case, they asked me to

25      collaborate with them concerning the case as a

1    witness.  I want to clarify to all-- to all of

2    you that I am a great admirer of this country,

3    I have always collaborated with the authorities

4    of the United States, especially when I was in

5    the municipal presidency.  The chief of

6    immigration in Ojinaga, it was an American by

7    the name of Richard Barnhouse.  And he

8    comported himself marvelously with the Ojinaga

9    ginsus (phonetic).

10   And we-- in reciprocity, we did a public

11   homage to him in the-- in the presidency of the

12   municipal presidency.  I said to myself, I have

13   to cooperate with them, I have to go and tell

14   my truth.  First of all, because of the-- of

15   the cooperation we had always sustained and,

16   secondly, because I had been the head of that

17   municipal administration back in-- in 1989 to

18   1992.  And at a certain point I had a civic

19   duty to clarify this situation.

20   Q.  Did-- did you-- so you agreed to-- to be a

21   witness, but what else happened there besides

22   your agreement to be a witness?

23   A.  I became ill and I had to also take my wife to

24   the doctor so that he would attend to her.  And

25   during that time there wasn't any contact,

1    anymore contact.  There was no contact.  But

2    when I returned from Chihuahua, they call me to

3    Immigration to see if I was in agreement to

4    being a witness and here I am.

5    Q.  So you've been to Immigration twice?

6    A.  Two times.

7    Q.  One of the times that you went there, you wrote

8        out a statement; is that correct?

9    A.  Yes, sir, I wrote it.

10   Q.  Was it the first time or the second time?

11   A.  The second time.

12   Q.  And let me show you something that-- that I got

13       from the Department of Homeland Security.

14   A.  Yes.

15   Q.  Where I have my finger here, can you tell me

16       whose telephone number that is?

17   A.  Which telephone number?  This one?

18   Q.  Yes, sir.

19   A.  That is my phone number.

20   Q.  I just wanted to clarify, because you-- you

21       thought that I had stolen your-- your telephone

22       numbers from somewhere?

23   A.  It's just that it's private and the privacy is

24       sacred.  I think that any authority-- any

25       authority who has to give away a number that is

1        private--

2    Q.   But you gave that number to the Department of

3         Homeland Security, Immigration?

4    A.   In one of the times, yes, when they asked me

5         where they could locate me or contact me.

6    Q.   Okay.  So-- so you gave a statement to the

7         police, but didn't-- you didn't want to talk to

8         the accused or the attorney for the accused?

9    A.   I gave them a commentary.

10   Q.   You didn't-- did you give a commentary for the

11        attorney for the accused?

12   A.   No, to him not.

13   Q.   Okay.  So the only-- the only person you

14        allowed to be interviewed were the Government

15        people?

16   A.   Yes, sir, that's how it was.

17   Q.   Okay.  How much time did you spend with them

18        when they-- when they-- when you went to their

19        office?

20   A.   Let's say about an hour.

21   Q.   The first time?

22   A.   Yes.

23   Q.   How much the second time?

24   A.   Also about an hour.

25   Q.   And when you went the second time, were you

1          accompanied as well?

2     A.   Yes, also with Mr. Roberto Leyva.

3     Q.   Did Angelita go with you?

4     A.   When we had arrived, she was already there.

5          She had already signed a commentary.  When I

6          arrived there, she asked me, "Are you going to

7          make a commentary like this one?"  She had

8          already had it made and I didn't accept to see

9          it.  I can do my own or what is of mine.

10    Q.   When did you arrive in the United States this

11         time?

12    A.   I came from Ojinaga on Friday.

13    Q.   And when did-- when did you wind up in Topeka?

14    A.   I arrived on Sunday.

15    Q.   So did you drive?

16    A.   No.

17    Q.   Where-- where did you spend Saturday?

18    A.   In Dallas.  I'll tell you why.  It's one of the

19         conditions that I impose in order to come, I

20         can prove that in September, 1997 because of

21         our cost-- or because of diabetes, I-- I had

22         the right kidney strained.  About two years

23         ago, I have problems with the left kidney.  So

24         we saw in Chihuahua, in Sima, one of the better

25         places, to see if one of my children could

1    donate me a kidney.

2         During one month, they were doing Monday

3    and Friday exams and then the doctor-- and then

4    the doctor diagnosed or decided that I could

5    not-- I could not get a kidney because my

6    diabetes is too advanced.  And the-- and the

7    kidney from the young man, it would be like

8    taking a million dollars and throwing it in the

9    garbage because it's going to spoil.  So the

10   doctor told me stay like that.  In about four

11   or five months, you will enter into dialysis.

12   Then he told me find something else somewhere

13   else, there's no medicine for you.  So I've

14   looked all kinds of different herbs and with

15   herbalists, and thank god I haven't entered

16   into dialysis as of yet.

17        Furthermore, I have high blood pressure,

18   I have cholesterol, high blood pressure, I have

19   rheumatism.  And this is one of the causes why

20   the doctor told me don't go, stay at home, you

21   can't travel, you can't fly.  But after talking

22   to the authorities, I propose to him that we do

23   the-- the trip in pieces because it was too far

24   for me all to do it all at once.  And the

25   authorities accepted.  That's why I'm here.

1   Q.  When you got to Topeka, who-- who have you met

2       with?

3   A.  We're the same people that came from there,

4       that's all.

5   Q.  But who have you-- from-- which authorities

6       have you met with, which-- which government

7       officials of the United States have you met

8       with?

9   A.  Only the person that brought us.

10   Q.  Who was that?

11   A.  I'm very bad at speaking English.

12   Q.  Upton?

13   A.  Upton.

14   Q.  So when Upton--

15   A.  He's the one that brought us.

16   Q.  And did-- did he bring all of the people from

17       Mexico?

18   A.  He brought us from Presidio.

19   Q.  Right.  But all of the people that came here

20       from Mexico, Upton brought you?

21   A.  Yes.  We anticipated that it would be-- that

22       would be the best way to do the trip, all at

23       once and in the same vehicle.

24   Q.  You came in-- in a motor vehicle?

25   A.  Yes.

1    Q.  Okay.  And so everybody stayed in the same

2        hotel in Dallas?

3    A.  Yes.

4    Q.  And-- and once you got here, where did you

5        stay?

6            MR. HOUGH:  Your Honor, we'll object.

7    Where the witness is staying here in Topeka,

8    for obvious reasons, that's unnecessary and

9    irrelevant, particularly in light of the

10   testimony regarding influence the witness has

11   testified about earlier.

12          MR. JONES:  I'll--

13          THE COURT:  It seems to me like we're

14   getting off on-- on things that have nothing to

15   do with this trial.  So let's-- I'll sustain

16   the objection.

17   Q.  (BY MR. JONES)  When you-- when you got here to

18      Topeka, have you-- have you met with the

19      Assistant U.S. Attorney?

20   A.  No, we never have.

21   Q.  Maybe I'm not making it clear.  This gentleman

22      with the red tie on, have you talked to him?

23         MR. HOUGH:  Jesse, if you tell him

24   Mr. Hough, I think it will be clear.

25   A.  To talk over the case, I went to his office.

```
1    Q.   (BY MR. JONES)  And when did you go?

2    A.   I don't remember exactly the date.

3    Q.   Was it the same day you arrived in Topeka?

4    A.   No, no.

5    Q.   How much time did you spend in his office?

6    A.   Little.  Let's say a half hour.

7    Q.   And who was-- who was in the conversation with

8         you and-- and Mr. Hough?

9    A.   We were-- we were all there, all the ones that

10        came from Ojinaga.

11   Q.   Okay.  And-- and you never met with-- with Mr.

12        Hough alone with an interpreter?

13   A.   No, I-- I've never been together with him.

14   Q.   Okay.  And was-- every time that you met with

15        Mr. Hough and-- and the other people from

16        Ojinaga, was Mr. Upton there?

17   A.   Did you say Hough or Upton?

18   Q.   Upton.

19   A.   He was there with us.

20   Q.   And Mr. Kanatzer, the gentleman with the yellow

21        or the greenish tie on?

22   A.   Sometimes he was there, but at a distance.

23   Q.   Okay.  And was that during the weekend?

24   A.   The end of the week?

25   Q.   The-- the weekend, fin de semana?
```

1   A.   That's what I'm telling you that I don't

2       remember exactly what day it was.

3   Q.   Okay.  Do you know what time-- what time of day

4       it was?

5   A.   In the morning.

6              MR. HOUGH:  Judge, we're going to

7       object to the relevancy of this line of

8       questioning.

9              THE COURT:  I'm going to sustain the

10      objection.

11   Q.  (BY MR. JONES)  Do you know what Diana's two

12      last names are?

13   A.   When she arrived there with us, I'm very bad

14      with English, but I think it was

15      Guyton-Chavira.

16   Q.   Okay.  When you wrote out your statement to Mr.

17      Upton, did Mr. Upton tell you what to say?

18   A.   No, I wrote it alone over here.

19   Q.   And how did you remember what her middle name

20      was?

21            (THEREUPON, the interpreter began

22      interpreting the question).

23              MR. JONES:  No.  Middle name, not

24      the--

25   A.   The middle name of who?

1    Q.   (BY MR. JONES)  Diana.

2    A.   How's that?

3    Q.   Her name is Diana Velia Guyton-Chavira.  And I

4         suppose that Velia is a middle name.

5    A.   Yes.

6    Q.   How do you remember her middle name?

7    A.   Because there at the presidency several times

8         it was mentioned to her as being that way, but

9         generally we called her Diana.

10   Q.   How did you know the-- her second last name?

11   A.   The one of Chavira?

12   Q.   Uh-huh.

13   A.   I saw it there frequently at the presidency,

14        that's what I thought it was.

15   Q.   When you-- when you signed her-- her payroll,

16        did-- did you sign it for Diana Chavira or did

17        you sign it for Diana Guyton?

18   A.   I'm going to tell you something, that was done

19        in treasury, so I don't remember how they did

20        it.

21   Q.   But you had to sign for it, didn't you?

22   A.   For who?

23   Q.   For-- for the people that-- that you were

24        authorizing payment.

25   A.   What the municipal president signs, mutually or

1          in the company or along with, are the checks.

2          But the amounts that are figured in, that's the

3          treasury's job.

4     Q.   Okay.  Well, tell me-- tell me, did you guys--

5          when you were the-- the municipal president,

6          were you paid in cash, by direct deposit or by

7          check?

8     A.   You make it difficult for me.  They should have

9          paid her-- they should have paid her with cash.

10    Q.   Okay.  And not-- would it just be her that

11         they're paying in cash or were they paying you

12         in cash and everybody else in cash?

13    A.   All of us.  All of us.  They would put the

14         money in there, small envelopes.

15    Q.   Sir, I'm going to show you three documents that

16         are-- that have numbers on the back that are 4,

17         5 and 6.  Could you review those and tell me

18         what they are?

19    A.   It is payroll, it's a list that's being made

20         according to each person.

21    Q.   All three of them are the same thing with

22         different dates?

23              INTERPRETER YBARRA:  What was that

24         last part?

25    Q.   (BY MR. JONES)  All three are-- are the same

1      with different dates?

2   A.  They're all the same.

3   Q.  With different dates?

4   A.  With different dates.

5              MR. JONES:  He said different-- he

6       said they are different dates?

7              INTERPRETER YBARRA:  He did.

8   Q.  (BY MR. JONES)  Okay.  Is-- those three payroll

9       records for different dates, which department

10      is that for?

11             INTERPRETER YBARRA:  What was the

12      last question, part of it?

13  Q.  (BY MR. JONES)  What department is that for?

14  A.  It's for treasury.

15  Q.  No, which employees are covered under that

16      payroll?

17  A.  Here, municipal president and administrative

18      secretary.

19  Q.  And each one of those different departments,

20      like the livestock or the Registro Civil and

21      the treasury and engineering would have their

22      own payroll record?

23             INTERPRETER YBARRA:  What was the

24      first, engineering?

25  Q.  (BY MR. JONES)  Livestock, rural.

1    A.   The payroll is done separately by department.

2    Q.   Okay.  And for the office of the presidencia,

3         they only have you and Diana listed there.

4         Correct?

5    A.   The president and his secretary, because that's

6         what the president spends.

7    Q.   Okay.

8    A.   In reference to human resource costs.

9    Q.   All right.  And then is there a place on there

10        for the employees who receive their salary to--

11        when somebody brings you the envelope with the

12        money in it, is there a place for you to sign?

13    A.   Yes, right here.

14    Q.   And did you sign that one?

15    A.   Here is supposedly my-- my signature.

16    Q.   Well, we don't want it to be supposedly, senor.

17        Can you look at it and tell me whether that's

18        how you sign your documents?

19    A.   This one I can't see.  This one I can see,

20        although it looks different, but let's say that

21        it-- it's-- yes, it is.

22    Q.   Do you have any doubt that these are three--

23        three payroll records for the office of

24        presidencia of-- of Ojinaga during the period

25        of your presidency?

1  A.  The only thing that's strange to me here is the

2      quantities.

3  Q.  And what's strange to you about the quantities?

4  A.  Well, as an example, it says on this one that

5      Diana-- says that Diana-- that Diana earned

6      325,000 pesos and that the president earned

7      750,000 pesos.

8              MR. HOUGH:  Pardon me, which document

9      are we referring to?

10             MR. JONES:  I think they're all the

11     same, but look at the number.

12             INTERPRETER YBARRA:  To answer your

13     question, counselor, he's making reference to

14     Defendant's Exhibit 4.

15             MR. HOUGH:  Thank you.

16             INTERPRETER YBARRA:  This is the one

17     that he said that the signature is not clear.

18             MR. HOUGH:  And which exhibit is

19     that?

20             MR. JONES:  That would be No. 5.

21             MR. HOUGH:  Thank you.

22  Q.  (BY MR. JONES)  Anything else rare about it?

23  A.  I'm confused, yes.  Three zeroes were taken

24     away in the quantities.  When the amounts were

25     written during the-- during the period of

1      Carlos Salinas, the one that left previously,

2      he gave an order to the entire Republic that

3      three zeroes should be limited.

4   Q.  What year was that?

5   A.  That says May of 1991.

6   Q.  No, but I'm talking about when did Salinas take

7      off the three zeroes?

8   A.  During-- during his-- during his government.

9      That's why now it's managed to where they now

10     have three zeroes less.  And then that's why

11     you see here-- that here and then you say,

12     "son-of-a-gun," but it's-- it's right.

13  Q.  It's correct?

14  A.  It's correct.

15          MR. JONES:  Your Honor, I move to

16     admit the Exhibits 4 and 6.

17          MR. HOUGH:  Your Honor, may I voir

18     dire on the exhibits, please?

19          THE COURT:  Yes, you may.

20          VOIR DIRE EXAMINATION

21  BY MR. HOUGH:

22  Q.  Sir, on Exhibits 4 and 6, prior to today have

23     you seen these documents before?

24  A.  I've never seen them.  I don't remember seeing

25     them.

1    Q.  Now, you testified that your signature or a--

2         your actual signature appears on one or both of

3         those documents; is that true?

4    A.  Yes.  I want to tell you something, I have a

5         very irregular signature.  My signature done

6         with all columnists is not this one.  When I do

7         it columnly, in the presidency in many

8         occasions one has a lot of documents or papers,

9         so you do what's called like a hook.  And this

10       appears to be so.

11    Q.  The seal there on the documents, do you

12       recognize that seal or stamp?

13    A.  I recognize that.  It's for the municipal

14       presidency.

15    Q.  Are those-- is that a-- a certification of a

16       copy from a municipal presidency?

17    A.  That's not a certification, it's just payroll.

18       Every document that goes out of the presidency

19       you see-- you see the seal.  That seal was also

20       managed by Diana.

21    Q.  How would somebody get these documents?

22    A.  Those were kept by the treasury, but-- by the

23       treasurer, excuse me.  Those were done in the

24       treasury.

25    Q.  How would they get from the treasury here?

1    A.   Diana has in Ojinaga some very good friends,
2         among them three lawyers, one that is named
3         Felix Rodriguez Mora, M-O-R-A, who is backed
4         by-- who is named Dario, D-A-R-I-O, Machuca
5         M-A-C-H-U-C-A, Alvarado, A-L-V-A-R-A-D-O.
6         Those two, they belong to a political work-- to
7         a political group called el Potrillos, el
8         Potrillos, indicating the young horses.  They
9         have always wanted to be municipal presidents
10        of Ojinaga.  Among them, attorney Dario
11        Machuca, when I was municipal president they
12        went without merit.  Him-- that would be the
13        vice-- the equivalent of a vice-presidency in
14        case I died or in case something happened to
15        me, he would be left as president.
16                  INTERPRETER YBARRA:  And he's
17        speaking of that Dario Machuca Alvarado--
18        Machuca Alvarado, excuse me.
19   A.   When he was one of my vice-presidents, he
20        always wanted to make me fall from my position
21        so that he could be president.  There was one--
22        one fight, one confrontation of-- of contempt
23        to get me out of the municipal presidency.  He
24        was sure-- these are the people that-- that
25        he's referring to as the people who are

1          basically the-- like the commissioners of a

2          city.

3     Q.   (BY MR. HOUGH)  Okay.

4     A.   This person, this-- this attorney and them,

5          they never managed to oust me.  They did their

6          campaign of-- of-- she's aware of it, she's

7          aware of the situation.  That group has been

8          helping Diana petition from the American

9          authorities.  There was an application or

10         solicitation made to the municipal presidency

11         to get the payroll of Diana.  The municipal

12         president, the actual municipal president,

13         engineer Jorge, J-O-R-G-E, Montoya,

14         M-O-N-T-O-Y-A, Lujan, L-U-J-A-N, gave the

15         orders so that these payroll records could be

16         located or found.

17              Something very strange.  The treasurer,

18         the actual treasurer, Sylvia, S-Y-L-V-I-A,

19         Villanueva, V-I-L-L-A-N-U-E-V-A, Villa,

20         V-I-L-L-A, found that all of the archives of

21         records from the municipal period of which I

22         preceded had been stolen.  Those copies were

23         there.

24    Q.   So those are stolen documents?

25    A.   These records were taken out of the municipal

1    presidency in the form of theft.  And they were

2    taken out by the same group known as the el

3    Potrillos, indicating young horses.

4            MR. HOUGH:  Your Honor, we're going

5    to object to the admission of stolen documents

6    from another country the Defendant apparently

7    is producing or attempting to produce, it would

8    be highly inappropriate.

9            MR. JONES:  Can I ask a couple of

10    more questions?

11                   CROSS EXAMINATION

12    BY MR. JONES: (Continued)

13    Q.  When were these documents stolen?

14    A.  That I have no way of knowing.

15    Q.  When did you find out that they were stolen?

16    A.  Lately when the migratory authorities had been

17    communicated that these-- that they had

18    disappeared.

19            MR. JONES:  I-- I won't continue to

20    offer these right now, I don't want to distract

21    from what we're doing, but we'll just leave

22    them.  I took back No. 5, No. 5.  And No. 4 and

23    6 I'll leave with you until we get to another

24    witness.

25            MR. HOUGH:  Judge, we'd respectively

1      suggest that it would be appropriate for the

2      Court to take custody of these foreign

3      documents identified by the witness as stolen

4      foreign documents.  I think as a function of

5      diplomatic measures it would be appropriate, so

6      that they can be returned to the officials in

7      that country.

8              THE COURT:  Well, where did these

9      documents come from, do you know?

10             MR. JONES:  I've had them since--

11     since October in my office, October of 2005.

12             THE COURT:  Well--

13             MR. JONES:  And I got them from my

14     client when-- when I-- when she-- when they

15     started telling us that she worked for office

16     of-- of Civil Registry.

17             MR. HOUGH:  Judge, may we approach,

18     please?

19             THE COURT:  Yes, you may.

20             (THEREUPON, the following

21         proceedings were held at the bench and

22         outside of the hearing of the jury).

23             MR. HOUGH:  Judge, the problem is the

24     witness has identified them as a stolen foreign

25     document.  Counsel indicates he got them from

1    his client.  I don't want counsel to implicate

2    his client unnecessarily.  I think it would be

3    appropriate for the-- number one, we absolutely

4    agree with the Court's ruling that they're not

5    admissible.  But two, because of this

6    identification, we would ask the Court to take

7    custody of the documents until it is determined

8    definitively as to the stolen nature of them,

9    because we made an official request for these

10   and were told these documents were missing,

11   could not be found.

12       Now they land here, Mr. Jones offering,

13   having by his admission gotten them from his

14   client.  This witness saying that they were

15   stolen by a group loyal to his client.  This is

16   the first case that I have handled in 21 years

17   that has potential international implications.

18   I don't want these documents to get out of the

19   courtroom until that issue is resolved.  I

20   think it's safer as a-- that function for the

21   Court to maintain custody of them until

22   ownership is resolved independent of this case.

23       MR. JONES:  I-- I'll leave them here

24   without question, but I do want to offer them

25   into evidence in my-- when my client testifies.

1          THE COURT:  Well, you can offer them

2     into evidence and we'll decide whether--

3          MR. JONES:  Right.

4          THE COURT:  -- whether to admit them

5     into evidence and what we need to do with them.

6     But we probably had better leave them here

7     until we find out--

8          MR. HOUGH:  Okay.

9          THE COURT:  -- what--

10          MR. JONES:  I have no problem with

11     that.

12          THE COURT:  Where-- where they've

13     come from.

14          MR. HOUGH:  Judge, the witness has

15     indicated that he would like a short recess.

16          COURTROOM DEPUTY HILL:  The witness

17     needs a break.

18          THE COURT:  Yes.

19          MR. HOUGH:  There's an echo in here.

20          THE COURT:  Why don't I do that, all

21     right.

22          (THEREUPON, the bench conference

23          was concluded and the following

24          proceedings were held within the hearing

25          of the jury).

1           THE COURT:  Ladies and gentlemen,

2     we're going to take another 15-minute break and

3     then we'll call you back just as soon as we're

4     ready.  Mr. Bailiff.

5                (THEREUPON, a recess was had).

6           THE COURT:  Let me suggest to the

7     attorneys that I would like to finish with this

8     witness today because of his health problems

9     and so forth.  And, Mr. Jones, you have the

10    right to ask leading questions, this is

11    cross-examination, that would perhaps speed

12    this up--

13          MR. JONES:  Okay.

14          THE COURT:  -- somewhat.  So let's

15    try to-- and let's-- a lot of questions that

16    have been asked don't seem to the Court to be

17    very relevant, so let's-- on both sides.  So

18    let's try to-- try to get to the nub of this

19    thing and see what we can find out.  This--

20    this gentleman has been very patient in

21    answering questions and so let's-- let's try to

22    move this along.

23    Q.  (BY MR. JONES)  Sir, isn't it true that about

24    50 percent of the marriages that were done

25    while Diana was working there were performed by

1       her and about 50 percent were performed by

2       Angelita?

3  A.  Well, when they had-- I can't give you a

4       precise percentage for each one of them because

5       whenever they had more-- more than normal, they

6       would basically get help to do the others.

7  Q.  What was the normal amount of marriages there

8       in Ojinaga per month?

9  A.  Let's say that during good times that you could

10      get 20, 25.

11  Q.  Per month?

12  A.  Yes.  This is a very approximate-- very much of

13      an approximation, it's very variable.

14  Q.  And you permitted Diana and Angelita to collect

15      a fee for performing the-- the marriages.

16      Correct?

17  A.  The official price is already established,

18      that's what it's called, the rights of fees.

19      But those-- those weddings have to be done in

20      the building of the municipal presidency.  But

21      there are many people who want the people that

22      are going to marry them to go to their

23      residences-- or I'm sorry, to go and marry them

24      at 1, 2 or 4 o'clock.  So it's a custom that

25      the secretaries in Ojinaga go and marry them.

```
 1          And what is given to them is not-- is-- and

 2          what is given to them is not something that was

 3          established by the municipal presidency, it's

 4          like an extra tip.

 5     Q.   Okay.  And-- and so that doesn't have to go

 6          through the city's payroll?

 7     A.   No.  The proper amounts have already been done

 8          or made in the treasury.

 9     Q.   During the time that-- that you knew Diana, you

10          also knew people who knew her.  Correct?

11     A.   Well, yeah.

12     Q.   Did you ever hear people discuss Diana when she

13          was not around?

14     A.   Well, during-- among them there was some

15          jealousies because-- concerning the people they

16          used to go and marry, they also wanted to

17          partake in this.  But their jealousies are all

18          a natural thing that one finds in the areas of

19          employment.

20     Q.   Can you tell me whether she enjoyed a

21          reputation for-- for trustworthy and honesty

22          while she worked for you?

23               INTERPRETER YBARRA:  Honesty and

24          what, counselor?

25               MR. JONES:  Honesty and
```

1     trustworthiness.

2  A.  Can you repeat the question for me?

3  Q.  (BY MR. JONES) Can you tell me whether Diana

4     had a reputation for honesty and integrity and

5     honesty and trustworthiness during the time

6     that she worked for you?

7          INTERPRETER YBARRA:  I'm sorry,

8     counselor, honesty and what?

9          MR. JONES:  Honesty, trustworthiness,

10    integrity.

11  A.  I'm going to separate them.  The

12     trustworthiness we gave to her.  As far as

13     honesty, I think that that honesty has been

14     betrayed.  In reference to honesty, making

15     reference to principles, moral principles,

16     excuse me, I had an occasion one time the

17     municipal president told me that she had-- that

18     she had contacts with the mother, discussions

19     because of the children.  The mother had just

20     arrived to take the children because Diana had

21     brought them to work, then the municipal

22     secretary told me Diana, she wants to keep--

23     she wants them to stay here.  And the mother is

24     pulling them because she wants to take-- take

25     her with them-- take them with her, excuse me.

1          And there with the-- with the morality and the

2          honesty of somebody who works in a place like

3          this, it's not very clear.

4     Q.   (BY MR. JONES)  Okay.  Senor, the judge has

5          instructed me to be a little bit more direct

6          and I'm going to ask you if-- if you will

7          listen to the questions I ask a little bit

8          closer so that you can give me a direct answer

9          so that we don't wind up making the judge stay

10         here longer than necessary.

11    A.   I just-- I have a lot of health problems so I

12         ask you to forgive me if I extend myself.

13              MR. HOUGH:  Judge, we'd ask the

14         witness be allowed to complete the information

15         he was providing about the incident in the

16         office between the Defendant with the children

17         to the extent that it is answering Mr. Jones'

18         question.  I believe he was cut off with his

19         answer.  And to the extent that that does, in

20         fact, answer the question of, in the witness'

21         words, "honesty betrayed," we would ask that he

22         be allowed to elaborate on that.

23              THE COURT:  Well, if he feels he

24         didn't finish his answer, he can go ahead.  But

25         I-- it seems to me that he must have finished

1    it.  It took a long time there.  Does he want

2    to say anything further about that incident?

3  A. The only additional thing I want to say is that

4    in a government setting or in a government

5    employment, we have to maintain by the

6    government ethics that we have-- that we are

7    bound by there and attend to the public and not

8    have to attend to our children.

9  Q. (BY MR. JONES)  Okay.  Sir, during-- during the

10    time that Diana was still working for you, did

11    she still have your-- was your opinion that she

12    was still honest and trustworthy?

13  A. I always considered her that way.  That's how I

14    felt about her when she was working for me, but

15    recently that has changed when I started

16    learning about one birth certificate showing

17    one thing with her indicating-- with no

18    indication of a father and then another birth

19    certificate indicating that there was a father.

20    That made me change my concept of honesty

21    towards Diana.

22  Q. Did somebody tell you that Diana filed a birth

23    certificate in Camargo and another birth

24    certificate in Ojinaga?

25              (THEREUPON, the interpreter began

1          interpreting the question).

2                    MR. JONES:  No, let's get it

3          straight.

4     Q.   (BY MR. JONES)  Did anybody tell you that Diana

5          filed the first birth certificate in Camargo

6          and that she filed the second birth certificate

7          in Ojinaga?

8     A.   I-- there in Ojinaga on one occasion, they--

9          they looked for me, and it was Miguel Giner.

10         He wanted me to participate in a controversy

11         between him and Diana.  I was seeing attorney

12         in Ojinaga-- was seeing attorney Francisco,

13         F-A-R-- like San Francisco, Francisco.

14         Espinosa, S-P-E-I-N-O-S-A (sic) Martinez.  And

15         Miguel was working on that situation with the

16         attorney, but at some time he told me that-- he

17         told me that he was getting divorced from

18         Diana.  But he had problems because there was a

19         series of changes because of the certificates.

20         So being that he was always carrying his

21         archives, his documents, there outside of the

22         attorney Espinosa, we started seeing, looking

23         at them, yes.  That's how I came to find out

24         about those certificates.

25    Q.   And that was in 2001 or 2000?

```
 1   A.   When I found them or during-- or about the
 2        certificates?
 3   Q.   When you guys were talking about his file that
 4        he had under his arm.
 5   A.   I don't recall, because I guess for us men to
 6        talk about divorce, it's a hateful thing to
 7        talk about.
 8             MR. HOUGH:  Judge, we're going to
 9        object to this line of questioning as
10        irrelevant.
11             THE COURT:  Well, I'm having trouble
12        finding the relevance.
13             MR. JONES:  Okay.
14             THE COURT:  Once again, remember what
15        I'm-- that I'm trying to finish with this
16        witness, so let's--
17             MR. JONES:  Yes, sir.
18             THE COURT:  So let's go ahead.
19   Q.   (BY MR. JONES)  Was-- was the presidency a busy
20        job?
21   A.   It is quite a bit laboriously, it's quite
22        laborious.
23   Q.   What were your hours at work?
24   A.   Mine?
25   Q.   For the building and yours particularly.
```

1   A.  Eight to one let's say, and in the afternoon

2       from four to seven.

3   Q.  Okay.  And how much of that time was your usual

4       work?

5   A.  It-- it was incomplete.  I never had enough

6       time.  Sometimes the engineers from Chihuahua

7       would arrive, they would arrive late, and they

8       would tell me I've come to look at the-- to

9       supervise.

10       INTERPRETER YBARRA:  What he's making

11       reference to is an accounting investigation.

12   A.  So they-- they would ask me to accompany them

13       so I can give them details of the work.

14   Q.  (BY MR. JONES)  Okay.

15   A.  So generally those hours would just pass by.

16   Q.  Okay.  So-- so the-- the presidencia, the

17       building was opened from eight to one and four

18       to seven?

19   A.  Yes, that's when the time would cancel out and

20       everybody-- all the world, meaning everyone

21       there would leave.

22   Q.  Okay.  And I know it-- every day we aren't

23       going to say that you were there at eight and

24       that you didn't leave until seven in the

25       evening.  But the majority of the time were you

1      there in your post as president?

2   A.  That's where I was, and she's witness to that.

3   Q.  And people from all over the urban area would--

4      would have problems that they wanted to address

5      to the president?

6   A.  Not only the urban zone, all the people from

7      the region of Rio Bravo, people from the

8      ranches, from Rio Ochos, rural areas from the

9      area of Mulato, from the region of San Juan,

10     from the ranches up north.  The-- the

11     municipality is quite ample.  It's got 9,500

12     square kilometers of extension.

13  Q.  And how many people would be on your calendar

14     to see per day?

15  A.  It was very variable.  I can't give you precise

16     data.  Sometimes it was a lot of people,

17     sometimes it was a medium amount of people,

18     sometimes it was a lot of people.

19  Q.  What's a medium amount?

20  A.  A medium amount, let's say 20, 25 people.

21  Q.  Okay.  And every-- every one that was on your

22     calendar was bringing some problem to you?

23  A.  Yes, all of them.  Problems of the rural areas,

24     problems concerning sports, problems concerning

25     education, problems of health, religious

```
1        problems.  I already told you sports, right?
2    Q.  Right.
3    A.  The-- the repair of the-- of the neighboring
4        roads, problems of poverty, you have to help
5        people.  They're the most common in a municipal
6        presidency in Mexico.
7    Q.  Okay.  And of the problems that they were
8        bringing-- that people brought to the
9        presidencia, those 20 or 25 on average were
10       only a small part of the people who came to
11       your office.  Correct?
12   A.  An average, yes.
13   Q.  But those are the people who-- who actually--
14       who you actually saw.  Correct?
15   A.  During that time, yes.
16   Q.  Right.  And what was-- what percentage of the
17       people who-- who contacted your office per day
18       would this 20 to 25 be?
19            MR. HOUGH:  Judge, we'll object as to
20       relevance.
21            THE COURT:  I'm going to sustain the
22       objection.  I'm not sure what we're doing here.
23            MR. JONES:  Your Honor, can we
24       approach?
25            THE COURT:  Do you want to?
```

1          (THEREUPON, the following

2              proceedings were held at the bench and

3              outside of the hearing of the jury).

4          MR. JONES:  Your Honor, I'm on my

5     next to last area.  That Mr. Benitez said

6     that-- that Diana was-- basically spent all her

7     time in the-- the office of Civil Registry.

8     But he also said that-- that she had to take

9     care of the problems that he didn't take care

10    of.  And-- and I-- I'm trying to-- to figure

11    out if she's taking care of-- what percentage

12    of the problems that he's taking care of that

13    she's not.  So how is she taking care of these

14    people if-- if he's only taking care of half or

15    less, who's taking care of the rest and where--

16    you know, how could she be--

17         THE COURT:  There was other people

18    working in that office.  I--

19         MR. JONES:  No, no, there were nobody

20    else working in the office of the presidency

21    but her and him.

22         THE COURT:  Well--

23         MR. HOUGH:  Judge, the witness'

24    testimony has been that there are multiple

25    departments.  As people would come in, they

1          would be sent to these multiple departments.

2          It's pretty clear there were multiple people

3          dealing with multiple problems.

4                    THE COURT:  Like every government.

5                    MR. HOUGH:  Correct.

6                    THE COURT:  But you're asking-- want

7          to know the number of times or what she might

8          be doing or-- and what does it mean?

9                    MR. JONES:  Well, she-- she can't be

10         in the office of Civil Registry all the time,

11         like it appears right now, if she is-- is

12         attending to more people than he's attending

13         to.

14                   MR. HOUGH:  Well, Judge, that would

15         be something--

16                   THE COURT:  So?

17                   MR. JONES:  I mean, I'm-- I mean, I

18         think it's important if-- she didn't work in

19         this office of Civil Registry.  He has

20         indicated that she spent 100 percent of her

21         time there almost.

22                   MR. HOUGH:  And I understand counsel

23         may not like that testimony.

24                   MR. JONES:  No, no, I--

25                   MR. HOUGH:  But that is the man's

1    testimony repeatedly.

2              MR. JONES:  Right.  And so I'm trying

3    to get-- so I am trying to-- to ferret that

4    out.

5              THE COURT:  Well, every question you

6    asked him, he goes in there and says that

7    there's all kind of problems coming into an

8    office, as we all know who have been in city

9    government or state government.  But trying to

10   get down that-- can't you ask the question,

11   "Was she involved entirely in this?"  And in

12   one question get to everything you're trying to

13   get to?

14             MR. JONES:  If I asked him that,

15   Judge, he'll-- he'll say the same thing he said

16   to Mr.-- Mr. Hough, that if-- if it's clear--

17             MR. HOUGH:  That doesn't make it

18   untrue, Judge.

19             MR. JONES:  No, no.  But if I asked

20   him the other stuff, it's going to be obvious

21   that what he's saying is not true.

22             THE COURT:  Well--

23             MR. HOUGH:  Judge, at this point, the

24   questions that--

25             MR. JONES:  And-- and--

1          MR. HOUGH:  -- that are asked are not

2     relevant.  The Court properly sustained that.

3          THE COURT:  And I'm going to say that

4     they're not relevant.  And so that ought to

5     bring this somewhat to a-- to an end here.

6          (THEREUPON the bench conference

7               was concluded and the following

8               proceedings were held within the hearing

9               of the jury).

10    Q.  (BY MR. JONES)  Sir, can you tell me what

11        percentage of-- what percentage of Diana

12        Guyton's time would you say that she spent in

13        the office of the Civil Registry?

14    A.  No, I can't say what percentage.

15    Q.  Okay.  When you were looking at-- at the

16        Government's Exhibit No. 23, there was a--

17        there was a gentleman who you could not

18        identify readily.  Is he one of the people that

19        was on the payroll that didn't have anything to

20        do?

21          MR. HOUGH:  Objection, argumentative.

22        It assumes facts not in evidence and it is

23        argumentative that someone on the man's payroll

24        had nothing to do.

25          THE COURT:  Well, if he can answer

1    it, let's try to do it as quickly as possible.

2    A.   I talked about Diana, I-- I said that I

3    couldn't understand why she had attended that

4    event because it didn't involve anything

5    special from the secretarial, it was more in

6    relation to the rural area.  It was a

7    ranch-type of place that we were going to be

8    taking these lamps to.  I have a certainty that

9    Diana and Marie Elena got together and made it

10   a point to assist-- or to attend, excuse me.

11   Q.   (BY MR. JONES)  This-- this event where the

12   photo was taken was taken on a Saturday; isn't

13   that correct?

14   A.   I don't remember, but it should have been a

15   Saturday.

16   Q.   Okay.  You're not saying that there was

17   anything wrong with Diana having her Saturday

18   off to go to a ranch?

19   A.   If it's Saturday, the presidency-- the

20   municipal presidency does not work.  And the

21   municipal president uses the weekend or the

22   Saturday to go over and visit the heads of the

23   different municipalities.

24   Q.   Okay.  This morning when you were talking about

25   who pays what to-- to the people concerning

1          the-- concerning the weddings, you used a

2          saying that included the word toad, did you

3          not?

4                    INTERPRETER YBARRA:  That included

5          the word what?

6                    MR. JONES:  Toad.

7                    INTERPRETER YBARRA:  Code.

8     A.   The code?

9     Q.   (BY MR. JONES)  No, toad, sapo.

10                    INTERPRETER YBARRA:  Oh, toad, I'm

11         sorry.

12    A.   Yes, I used it.

13                    MR. JONES:  All right.  Thank you.

14                    REDIRECT EXAMINATION

15    BY MR. HOUGH:

16    Q.   Sir, do you recall Mr. Jones asking you about

17         the Defendant's reputation when she worked for

18         you?

19    A.   Yes.

20    Q.   Was there an incident with a police commandant

21         that caused you to doubt her integrity and

22         reputation?

23    A.   Well, the commander, his name is Jose, J-O-S-E,

24         Alberto, A-L-B-E-R-T-O, Dominguez,

25         D-O-M-I-N-G-U-E-Z, I call him commander because

1    actually up to now-- up to this time he is

2    still a commander, only that he's not just the

3    commander of the ministerial police in

4    Chihuahua, now he is commandant of the

5    institution for the combatante of drugs in

6    Mexico.

7  Q.  What was the incident with him?

8  A.  Actually-- he actually lives now in Mexico

9    City.

10  Q.  What was the incident with this gentleman that

11    caused you to doubt the integrity of the

12    Defendant?

13  A.  Oh, he came and told me that, "Mr. President, I

14    want to tell you something, and I want you to

15    tell me if there's any problem."  He told me,

16    "I became the boyfriend of Diana, your

17    secretary."  Then he told me, "There's no

18    problem."  "Diana knows that you're already

19    married?"  "Yes," he told me, "yes, it's just

20    going to be a joke-type situation."  Well, I

21    told him, "Her private life doesn't interest

22    me.  What I don't want is for her to have

23    problems for these-- because of these-- this."

24    So it happened, he became Diana's boyfriend.

25        "I want to buy a property, good, that's

1      level in the Colony Fporfirio,

2      F-P-O-R-F-I-R-I-O, Ornelis, O-R-N-E-L-I-S."  He

3      wanted it level.  "You have to go to the

4      engineering department so the engineer, Jose

5      Gregorio Santos de la Cruz, locate you one."

6      Jose, J-O-S-E, Gregorio, G-R-E-G-O-R-I-O,

7      Santos, S-A-N-T-O-S, de la, D-E-L-A, Cruz,

8      C-R-U-Z.

9                  THE COURT:  Take this over and-- Mr.

10     Hough, take this over.

11  A.  And he tells me call the engineer, he told me,

12     the commander.

13  Q.  (BY MR. HOUGH)  What exactly was the situation

14     between Diana and the police commander that

15     caused you to change your opinion as to her

16     reputation?

17  A.  That's where I'm going, that's-- I'm trying to

18     get there.

19  Q.  I understand, sir, but the actual incident,

20     please.  The actual incident, please.

21  A.  We called him and there was the property.  "I'm

22     going to give it to Diana, my girlfriend."  I

23     said, "Well, take care of it with the

24     engineer."  Few days later, he-- he returned

25     very angry and he said very angrily, "I don't

1     want to have nothing to do with Diana.  The

2     property I'm going to put in the name of

3     somebody else who I know here in Ojinaga."

4          When I asked him the reason for this

5     anger, he tells me, "It's just that my wife

6     came to visit me and I was there with her in

7     lacabana" - lacabana, L-A-C-A-B-A-N-A - "of the

8     hotel-- in a hotel in Ojinaga when Diana

9     arrived and knocked.  I went to open the door

10    and I didn't want to open and then she stuck

11    her foot in there and she caused a great fight

12    with-- between me and my wife."

13         And this is what he told me.  "I had to

14    slap her.  I come to tell you so that you know.

15    When you call me by phone, tell another

16    secretary to communicate-- communicate, you to

17    me.  In other words, get another secretary to

18    tell me that you want me on the phone.  I don't

19    want to have any more communications with her."

20    And then afterwards he told us to give-- or put

21    the name of the property of another little

22    friend that he had.

23  Q.  Did this then compromise your office's

24    relationship with that commandant?

25  A.  At this point, yes, because the relationships

1      up to this point were very-- very good.

2  Q.  And it was--

3  A.  There was problems there of theft, and I would

4      call him.  I told him regardless of the fact

5      that you have such few agents, I think you only

6      have five, give me a hand so that this robbery

7      can be done, can be investigated.

8  Q.  So this incident affected your administration?

9  A.  Clearly, yes.

10  Q.  And that caused you to change your opinion as

11      to the integrity of the Defendant.  Correct?

12  A.  Totally.

13          MR. HOUGH:  Thank you.  No further

14      questions.

15               RECROSS EXAMINATION

16  BY MR. JONES:

17  Q.  When was that?

18  A.  It should have been around the latter end of

19      1990, '90, because she left around July of '91.

20  Q.  It didn't cause you to-- to fire her?

21  A.  Look, her as a single mother with very young

22      children, I didn't-- I didn't fire her.

23  Q.  And there's no-- there would have been no one

24      else to answer the phone in the presidencia if

25      she wasn't there; isn't that correct?

1    A.   It-- it wasn't just about answering the phone,

2          it had to be-- one had to attend to other

3          situations that she was already aware of.  And

4          the person that I had contracted was basically

5          just doing her internship.

6    Q.   Okay.  I want to just ask you one question.

7          When someone called the presidencia, all the

8          calls came through the-- the administrative

9          secretary of the president; is that correct?

10           MR. HOUGH:  Objection, scope.

11   A.   Absolutely.

12           MR. HOUGH:  Scope.  It's beyond the

13         scope of the redirect, Judge.

14           MR. JONES:  I-- I thought it-- it

15         dealt with the-- the commandant who wanted to

16         call in and talk to some other secretary rather

17         than Diana.  But that's all the questions I

18         have.

19           THE COURT:  Have we finished with

20         this witness now?

21           MR. HOUGH:  We have no further

22         questions, Judge.

23           THE COURT:  All right.  You may step

24         down and you're excused.  And thank you very

25         much, you've been very patient and we're happy

1    to have you here.

2              THE WITNESS:  Thank you.

3              THE COURT:  All right.  You may-- you

4    may step aside and be excused.  All right.  I

5    think we'll now adjourn until tomorrow and we--

6    I think we'll start at 9:30 in the morning.  Do

7    you know of anything else that we need to--

8    we'll start at 9:30 in the morning, and we'll

9    try to move this case along.  And I hope we can

10   keep it going, we'll see you then.  Remember my

11   admonitions.  Mr. Bailiff.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    UNITED STATES OF AMERICA  )
                              )    ss:
2    DISTRICT OF KANSAS       )

3                    C E R T I F I C A T E

4         I, KELLI STEWART, Certified Shorthand

5    Reporter in and for the State of Kansas, do

6    hereby certify that I was present at and

7    reported in machine shorthand the proceedings

8    had the 23rd day of August, 2006, in the

9    above-mentioned court; that the foregoing

10   transcript is a true, correct, and complete

11   transcript of the requested proceedings.

12        I further certify that I am not attorney

13   for, nor employed by, nor related to any of the

14   parties or attorneys in this action, nor

15   financially interested in the action.

16        IN WITNESS WHEREOF, I have hereunto set

17   my hand and official seal at Topeka, Kansas,

18   this _____ day of _____, 2006.

19

20

21                    /s/ Kelli Stewart_____

22                    KELLI STEWART

23                    Certified Shorthand Reporter

24

25